# EXHIBIT 2

**From:** Derek L Asay
**Sent:** Friday, August 30, 2024 2:24 PM
**To:** Britton, Chantelle (HRSA) <CBritton@hrsa.gov>
**Cc:** Josh Tomas O'Harra <oharra_josh_t@lilly.com>; Angie.Franks@kalderos.com; Pedley, Krista (HRSA) <KPedley@hrsa.gov>; Herzog, Michelle (HRSA) <MHerzog@hrsa.gov>
**Subject:** In-person meeting request - Lilly, Kalderos and HRSA
**Importance:** High

Dear Ms. Britton:

I am writing to request an in-person meeting with representatives from HRSA, Kalderos, and Lilly to discuss Lilly's intention to use Kalderos's 340B platform as a form of "cash replenishment" beginning in the fourth quarter of this year. We believe this is a highly desirable method for effectuating the 340B ceiling price and honoring our "must offer" obligation.

| Current State (Product Replenishment) | Future State (Cash Replenishment) |
|---|---|
| 340B dispensed product not acquired at the 340B price is replenished with 340B priced **product**. | 340B dispensed product results in **cash payments** directly. |
| Entities must wait for an **entire package** to be dispensed before the 340B product is replenished. | Entities can seek cash on **individual units** (not packages) as they are dispensed. |
| **Entities do not control the 340B funds**; they receive remuneration from their vendors (e.g., TPAs and contract pharmacies) on their vendors timelines. | **Entities control 340B funds** because they receive deposits from manufacturers, which they divide with or use to pay their vendors. |
| **Entities wait** for full-packages to accumulate and for vendors to identify and collect remuneration to ultimately repay entities their own 340B funds. | Entities receive cash **within days** of dispense (Lilly plans to issue payment at least twice monthly, hopefully more often) |

This model is consistent with the 340B statute and a highly desirable method of effectuating the 340B ceiling price—for both covered entities and patients. Indeed, the Kalderos cash replenishment model is also the only model currently developed that can address the prohibitions of duplicate discounts on inflation rebates, maximum fair prices, and Managed Medicaid claims. It also permits manufacturers to dispute these duplicates with the *right* party, not just covered entities.

Also, the Kalderos data exchange and interface is the only way for manufacturers to faithfully comply with HRSA's ADR rule, which requires manufacturers to produce data they currently lack access to. Indeed, we are hopeful that the transparency of the Kalderos system – which allows entities and manufacturers to have the same real-time access to the exact same purchase information – could help alleviate the need for the ADR process generally.

The Lilly and Kalderos tech teams have completed extensive testing and validation of the enrollment, processing, and payment operations over the past several months. We want to walk you through these details and answer any questions you may have before the system goes live.

As we intend to announce this change by September 23, we hope that you can make time to meet within in the next week or so.

Many thanks, in advance, for your consideration.
Derek

**Derek Asay**

Senior Vice President, Government Strategy and Federal Accounts
908.268.8720 (mobile)
derek.asay@lilly.com

**Eli Lilly and Company**
Lilly Corporate Center, Indianapolis, IN 46285 USA
www.lilly.com

CONFIDENTIALITY NOTICE: This email message (including all attachments) is for the sole use of the intended recipient(s) and may contain confidential information. Any unauthorized review, use, disclosure, copying or distribution is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.