UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELI LILLY AND COMPANY, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>XAVIER BECERRA, *et al.*,<br><br>*Defendants*. | Case No. 24-cv-03220 (DLF) |

**CONSENT MOTION TO VACATE THE ANSWER DEADLINE
AND SET SUMMARY JUDGMENT BRIEFING SCHEDULE**

Plaintiffs Eli Lilly and Company and Lilly USA, Inc., by and through undersigned counsel, respectfully move to vacate Defendants' deadline to answer Plaintiffs' Complaint (ECF No. 1) and set a briefing schedule in this matter. Defendants, through counsel, consent to the relief sought in this motion.

1. This lawsuit involves a challenge under the Administrative Procedures Act to a Health Resources and Services Administration policy.

2. Plaintiffs filed their complaint on November 14, 2024.

3. The parties have conferred regarding the most efficient approach to this litigation. Given the fact that the Court will be reviewing the Agency's policies and decisions based on an administrative record, the parties believe it would be most efficient to vacate the deadline to file a formal answer or response to the Complaint and move directly to briefing summary judgment. Accordingly, Plaintiffs respectfully move to vacate the deadline to answer or respond to the Complaint.

4. For the same reason, Plaintiffs respectfully move to set the following schedule in this litigation:

   a. Defendants shall file the certified index of administrative record and serve the administrative record on Plaintiffs by January 31, 2025;

   b. Plaintiffs shall move for summary judgment by February 3, 2025;

   c. Defendants shall respond to Plaintiffs' motion and cross-move for summary judgment by March 3, 2025;

   d. Plaintiffs shall file a response to Defendants' cross-motion and any reply in support of their motion by March 17, 2025; and

   e. Defendants shall file any reply in support of their cross-motion by March 31, 2025.

5. A proposed order is attached herewith.

- 3 -

Dated: December 27, 2024                                    Respectfully submitted,

By:    */s/ John C. O'Quinn*
        John C. O'Quinn
        Matthew S. Owen
        Megan McGlynn
        KIRKLAND & ELLIS LLP
        1301 Pennsylvania Avenue N.W.
        Washington, D.C. 20004
        (202) 389-5000
        john.oquinn@kirkland.com
        matt.owen@kirkland.com
        megan.mcglynn@kirkland.com

        Catherine E. Stetson (D.C. Bar No. 453221)
        HOGAN LOVELLS US LLP
        555 Thirteenth Street N.W.
        Washington, D.C. 20004
        (202) 637-5600
        cate.stetson@hoganlovells.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF CONFERENCE

Pursuant to Rule 7(m), counsel for Eli Lilly and Company and Eli Lilly USA, LLC conferred with John Bardo, attorney for Defendants. The government consents to this motion.

Dated: December 27, 2024

By: /s/ *John C. O'Quinn*

John C. O'Quinn
Matthew S. Owen
Megan McGlynn
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue N.W.
Washington, D.C. 20004
(202) 389-5000
john.oquinn@kirkland.com
matt.owen@kirkland.com
megan.mcglynn@kirkland.com

Catherine E. Stetson (D.C. Bar No. 453221)
HOGAN LOVELLS US LLP
555 Thirteenth Street N.W.
Washington, D.C. 20004
(202) 637-5600
cate.stetson@hoganlovells.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on December 27, 2024, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the District of Columbia by using the CM/ECF system. I certify that all participants in this case are registered CM/ECF users and that service will be accomplished by using the CM/ECF system.

Dated: December 27, 2024    By:  /s/ *John C. O'Quinn*
John C. O'Quinn
Matthew S. Owen
Megan McGlynn
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue N.W.
Washington, D.C. 20004
(202) 389-5000
john.oquinn@kirkland.com
matt.owen@kirkland.com
megan.mcglynn@kirkland.com

Catherine E. Stetson (D.C. Bar No. 453221)
HOGAN LOVELLS US LLP
555 Thirteenth Street N.W.
Washington, D.C. 20004
(202) 637-5600
cate.stetson@hoganlovells.com

*Attorneys for Plaintiffs*