UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELI LILLY AND COMPANY, *et al.*, <br><br> Plaintiff, <br><br> v. <br><br> DOROTHY FINK, *et al.*, <br><br> Defendant. | Civil Action No. 24-cv-3220 (DLF) |

## **JOINT MOTION FOR A STIPULATED PROTECTIVE ORDER**

The parties to this case jointly and respectfully request entry of the enclosed Stipulated Protective Order to govern the production of documents and information included within the administrative record in this action and protect from public disclosure information giving rise to confidentiality concerns. The parties have reason to believe that the administrative record may contain information, the public release of which would infringe upon the privacy interests of the parties or might otherwise compromise recognized confidentiality interests. Accordingly, a stipulated protective order will facilitate the disclosure of the administrative record without violating the privacy or proprietary interests of the parties or other individuals mentioned in the covered materials.

A Stipulated Protective Order is enclosed herewith and sets forth the procedures to be followed by the parties when exchanging covered material and filing such material with the Court.

\* \* \*

- 2 -

Respectfully submitted,

| | |
|---|---|
| */s/ Draft*<br>John C. O'Quinn<br>Matthew S. Owen<br>Megan McGlynn<br>KIRKLAND & ELLIS LLP<br>1301 Pennsylvania Avenue N.W.<br>Washington, D.C. 20004<br>(202) 389-5000<br>john.oquinn@kirkland.com<br>matt.owen@kirkland.com<br>megan.mcglynn@kirkland.com<br><br>Catherine E. Stetson (D.C. Bar No. 453221)<br>Jacob T. Young (D.C. Bar No. 90014334)<br>HOGAN LOVELLS US LLP<br>555 Thirteenth Street N.W.<br>Washington, D.C. 20004<br>(202) 637-5600<br>cate.stetson@hoganlovells.com<br>jake.young@hoganlovells.com<br><br>*Attorneys for Plaintiff*<br><br>Dated: January 31, 2025 | EDWARD R. MARTIN, D.C. Bar #481886<br>United States Attorney<br><br>BRIAN P. HUDAK<br>Chief, Civil Division<br><br>By:    */s/ John J. Bardo*<br>   JOHN J. BARDO, D.C. Bar #1655534<br>   Assistant United States Attorney<br>   601 D Street, NW<br>   Washington, DC 20530<br>   (202) 870-6770<br><br>*Attorneys for the United States of America* |