IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELI LILLY AND COMPANY *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> XAVIER BECERRA, *et al.* <br><br> Defendants. | No. 1:24-cv-3220 |

**CERTIFICATION OF ADMINISTRATIVE RECORD**

I, Chantelle Britton, Director of the Office of Pharmacy Affairs ("OPA"), Health Resources and Services Administration ("HRSA"), United States Department of Health and Human Services, certify that, to the best of my knowledge, based on information obtained during the performance of my official duties as the Director of OPA, the attached documents constitute the non-privileged documents that were considered in connection with the agency's ongoing position, as reflected in various letters to drug manufacturers and public statements on the OPA website, that the 340B statute requires drugmakers (Johnson & Johnson, Eli Lilly, Bristol Myers & Squibb, Sanofi-Aventis and Novartis) to secure HRSA's approval before implementing a rebate model to effectuate the 340B Program ceiling price.

Executed this 30th day of January 2025, in Rockville, MD.

Chantelle V. Britton -S
Digitally signed by Chantelle V. Britton -S
Date: 2025.01.30 13:08:54 -05'00'

Chantelle Britton

**I. Statute, Regulations, Guidance, and Website**

1. 42 U.S.C. § 256b ................................................................................................................1
2. *Notice Regarding Section 602 of the Veterans Healthcare Act of 1992—Rebate Option* ..............................................................................................................11
3. *340B Drug Pricing Program Ceiling Price and Manufacturer Civil Monetary Penalties Regulation* (Jan. 5, 2017) ...............................................................15
4. Exemplar Pharmaceutical Pricing Agreement ................................................................36
5. Exemplar Pharmaceutical Pricing Agreement Addendum ..............................................46
6. OPA Website Posting, "340B Rebate Models" (December 2024) ..................................48

**II. Manufacturer and Related Correspondence and Materials**

<u>Johnson & Johnson</u>

1. J&J to HRSA (June 27, 2024) .........................................................................................49
2. J&J to HRSA (July 23, 2024) .........................................................................................50
3. Meeting Notes (July 24, 2024) .......................................................................................52
4. J&J to HRSA (July 31, 2024) .........................................................................................55
5. HRSA to J&J (Aug. 14, 2024) ........................................................................................64
6. J&J to HRSA (Aug. 16, 2024) ........................................................................................69
7. Data Requirements Summary (Aug. 19, 2024) .............................................................174
8. J&J to HRSA (Aug. 22, 2024) ......................................................................................176
9. J&J to HRSA (Sept. 12, 2024) ......................................................................................190
10. HRSA to J&J (Sept. 17, 2024) ......................................................................................201
11. J&J to HRSA (Sept. 19, 2024) ......................................................................................205
12. HRSA to J&J (Sept. 27, 2024) ......................................................................................212
13. J&J to HRSA (Sept. 30, 2024) ......................................................................................215
14. J&J Notice to Covered Entities (Sept. 30, 2024) ..........................................................219
15. J&J to HRSA (Oct. 10, 2024) .......................................................................................222
16. J&J to HRSA (Oct. 18, 2024) .......................................................................................225
17. J&J to HRSA (Oct. 21, 2024) .......................................................................................232
18. HRSA to J&J (Oct. 30, 2024) .......................................................................................247
19. J&J to HRSA (Nov. 12, 2024) ......................................................................................251

<u>Lilly</u>

1. Lilly to HRSA (Sept. 3, 2024) ......................................................................................256
2. Lilly to HRSA (Sept. 4, 2024) ......................................................................................260

    3. Lilly to HRSA (Sept. 9, 2024) ...........................................................................270
    4. HRSA to Lilly (Sept. 18, 2024) .........................................................................292
    5. Lilly to HRSA (Sept. 23, 2024) .........................................................................295
    6. Lilly to HRSA (Nov. 15, 2024) .........................................................................305

BMS

    1. BMS to HRSA (Oct. 18, 2024) .........................................................................306
    2. BMS to HRSA (Oct. 24, 2024) .........................................................................316
    3. HRSA to BMS (Nov. 4, 2024) ..........................................................................342
    4. HRSA to BMS (Nov. 21, 2024) ........................................................................345
    5. HRSA to BMS (Dec. 13, 2024) ........................................................................347

Sanofi

    1. Sanofi to HRSA (Nov. 1, 2024) ........................................................................348
    2. HRSA to Sanofi (Nov. 12, 2024) ......................................................................380
    3. Sanofi to HRSA (Nov. 15, 2024) ......................................................................383
    4. HRSA to Sanofi (Nov. 21, 2024) ......................................................................406
    5. Sanofi Notice to Covered Entities (Nov. 22, 2024) ..........................................408
    6. HRSA to Sanofi (Dec. 13, 2024) ......................................................................424
    7. Sanofi to HRSA (Dec. 16, 2024) ......................................................................426

Novartis

    1. Novartis to HRSA (Dec. 17, 2024) ...................................................................427
    2. HRSA to Novartis (Jan. 14, 2025) ....................................................................439

Kalderos

    1. Meeting Materials (Aug. 26, 2020) ..................................................................442
    2. Kalderos to HRSA (May 5, 2021) ....................................................................478
    3. Kalderos to HRSA (Sept. 5, 2024) ....................................................................502

BRG

    1. BRG to HRSA (June 14, 2024) .........................................................................507
    2. BRG to HRSA (June 20, 2024) .........................................................................512
    3. BRG to HRSA (June 24, 2024) .........................................................................514

**III. Congressional Correspondence**

    1. Letter from Spanberger et al. to HHS (Nov. 13, 2020) ....................................525
    2. Email from Spanberger staff (Aug. 27, 2024) .................................................534

3. Email from HRSA to Congressional staff (Sept. 27, 2024) ...........................................536
4. Letter from Spanberger et al. to HHS (Sept. 27, 2024) .................................................537
5. Email chain with Sanchez staff (Sept. 2024) ................................................................550
6. Email chain with Blunt Rochester staff (Sept., Oct. 2024) ............................................554
7. Email chain with Spanberger staff (Sept. 2024) ...........................................................557
8. Email from HRSA to Congressional staff (Sept. 30, 2024) ...........................................559
9. Email chain with Matsui staff (Dec. 2024) ...................................................................561

**IV. Other Stakeholder Materials and Correspondence**

1. AHA (Aug. 19, 2024) ....................................................................................................564
2. 340B Health (Aug. 22, 2024) ........................................................................................565
3. AEH (Aug. 28, 2024) ....................................................................................................570
4. AHA (Aug. 28, 2024) ....................................................................................................575
5. University of Michigan Health (Sept. 10, 2024) ...........................................................580
6. Iowa Hospital Association (Sept. 19, 2024) .................................................................583
7. California Hospital Association (Sept. 19, 2024) .........................................................585
8. AEH (Oct. 3, 2024) .......................................................................................................586
9. BIO (Oct. 10, 2024) ......................................................................................................588
10. PhRMA (Oct. 11, 2024) ................................................................................................596
11. AEH (Dec. 2, 2024) ......................................................................................................609
12. Johnson County Hospital (Dec. 2, 2024) .....................................................................613
13. Onvida Health (Dec. 3, 4, 2024) ...................................................................................614
14. 340B Health (Dec. 12, 2024) ........................................................................................632
15. AAMC (Dec. 17, 2024) .................................................................................................640
16. Salina Health (Jan. 15, 2025) .......................................................................................646