IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELI LILLY AND COMPANY, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DOROTHY FINK, *et al.*, <br><br> *Defendants*. | Case No. 24-CV-3220 (DLF) |

### ELI LILLY AND COMPANY'S AND LILLY USA, LLC'S MOTION FOR SUMMARY JUDGMENT

Under Federal Rule of Civil Procedure 56 and Local Rule 7(h), Plaintiffs Eli Lilly and Company and Lilly USA, LLC (collectively, Lilly) respectfully request that this Court enter summary judgment in their favor and against Defendants.

The Department of Health and Human Services (HHS), and its component agency, the Health Resources and Services Administration (HRSA), acted unlawfully, in excess of statutory authority, and arbitrarily and capriciously by adopting a policy forbidding implementation of rebate models without HRSA's preapproval. HHS and HRSA further acted unlawfully, in excess of statutory authority, and arbitrarily and capriciously by purporting to reject Lilly's proposed 340B cash-replenishment model.

For these reasons and those provided in the accompanying memorandum, Lilly requests that this Court enter summary judgment in its favor against Defendants; declare that Lilly's proposed 340B cash-replenishment model is lawful and can be implemented; vacate and set aside HRSA's policy forbidding implementation of rebate models without HRSA's preapproval; vacate and set aside HRSA's September 18, 2024 letter to Lilly; and enjoin HHS and HRSA and any

1

entities acting in concert with them from initiating or pursuing any enforcement actions against Lilly in connection with its cash-replenishment model.

Dated: February 3, 2025 Respectfully submitted,

/s/ Catherine E. Stetson
John C. O'Quinn
Matthew S. Owen
Megan McGlynn
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue N.W.
Washington, D.C. 20004
(202) 389-5000
john.oquinn@kirkland.com
matt.owen@kirkland.com
megan.mcglynn@kirkland.com

Catherine E. Stetson (D.C. Bar No. 453221)
Jacob T. Young (D.C. Bar No. 90014334)
HOGAN LOVELLS US LLP
555 Thirteenth Street N.W.
Washington, D.C. 20004
(202) 637-5600
cate.stetson@hoganlovells.com
jake.young@hoganlovells.com

*Attorneys for Plaintiffs*