IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELI LILLY AND COMPANY, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DOROTHY FINK, *et al.*,<br><br>*Defendants*. | Case No. 24-CV-3220 (DLF) |

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs Eli Lilly and Company's and Lilly USA, LLC's (collectively, Lilly's) Motion for Summary Judgment, the memoranda of points and authorities in support thereof and in opposition thereto, any arguments of counsel, and the entire record in this case, it is hereby

**ORDERED** that Lilly's Motion for Summary Judgment is **GRANTED**. It is further

**ORDERED** that summary judgment is hereby **ENTERED** in favor of Lilly and against Defendants on all claims asserted in Lilly's Complaint, ECF No. 1. It is further

**ORDERED** that implementation of Lilly's proposed 340B cash-replenishment model is hereby **DECLARED** lawful. It is further

**ORDERED** that the policy of the Health Resources and Services Administration (HRSA) forbidding implementation of rebate models without HRSA's preapproval is hereby **VACATED** and **SET ASIDE**. It is further

**ORDERED** that HRSA's September 18, 2024 letter to Lilly is hereby **VACATED** and **SET ASIDE**. It is further

**ORDERED** that the Department of Health and Human Services (HHS), its component agency HRSA, and any entities acting in concert with them are hereby **ENJOINED** from initiating or pursuing any enforcement actions against Lilly in connection with its cash-replenishment model.

**SO ORDERED**, this _____ day of _____, 2025.

_____
Honorable Dabney L. Friedrich
United States District Judge