# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELI LILLY AND COMPANY, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> ROBERT F. KENNEDY JR., *et al.*, <br><br> *Defendants*. | Case No. 24-CV-3220 (DLF) |
| BRISTOL MYERS SQUIBB COMPANY, <br><br> *Plaintiff,* <br><br> v. <br><br> ROBERT F. KENNEDY JR., *et al.*, <br><br> *Defendants*. | Case No. 24-CV-3337 (DLF) |
| SANOFI-AVENTIS U.S. LLC, <br><br> *Plaintiff,* <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*, <br><br> *Defendants*. | Case No. 24-CV-3496 (DLF) |
| NOVARTIS PHARMACEUTICALS CORPORATION, <br><br> *Plaintiff,* <br><br> v. <br><br> ROBERT F. KENNEDY JR., *et al.*, <br><br> *Defendants*. | Case No. 25-CV-0117 (DLF) |

**[Proposed] Order**

Upon review of Proposed Intervenors' Motion to Intervene, and the Joint Opposition thereto, it is hereby

**ORDERED** that the Motion to Intervene is **DENIED**.


So ordered this __ day of _____, 2025

_____
Dabney L. Friedrich
United States District Judge