UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELI LILLY AND COMPANY<br><br>Plaintiff,<br><br>v.<br><br>ROBERT F. KENNEDY, JR, Secretary of Health and Human Services, et al.,<br><br>Defendants. | Civil Action No. 24-3220 (DLF) |

## MOTION TO ENLARGE THE BRIEFING SCHEDULE

Pursuant to Rule 6(b), Defendants the Secretary of Health and Human Services and the Administrator of the Health Resources and Services Administration ("HRSA") respectfully move the Court for an order enlarging the summary judgment briefing schedule by thirty days. Plaintiff, through counsel, opposes the relief sought in this motion. Nonetheless, as demonstrated below, good cause supports granting this extension.

On January 2, 2025, the Court entered a briefing schedule ordering that "Plaintiff shall move for summary judgment on or before February 3, 2025; Defendants shall respond to Plaintiff's motion and cross-move for summary judgment on or before March 3, 2025; Plaintiff shall file a response to Defendants' cross-motion and any reply in support of its motion on or before March 17, 2025; and Defendants shall file any reply in support of their cross-motion on or before March 31, 2025." Plaintiff timely filed their motion for summary judgment on February 3, 2025, but Defendants require additional time to prepare a cross motion and reply.

The reasons for this request are twofold: First, HRSA and the Department generally are undergoing leadership transitions. Because of the wide-ranging impact that the outcome of this

litigation will have on the 340B drug discount program, the Department's new leadership will require sufficient time to be briefed on the matters at issue in this lawsuit, ensure that the Department's position is consistent with the new administration's policies, and review a draft of the brief before filing.

Second, this case is one of six cases involving manufacturers seeking to provide 340B price reductions through rebates rather than upfront discounts, all six cases are on substantially similar briefing schedules. Although each Plaintiff has its own team of lawyers, the undersigned counsel represents the government in all six cases. The undersigned counsel has made substantial progress in briefing these issues and there is overlap between the cases, some of the Plaintiffs advance arguments unique to their own situations. The undersigned counsel requires additional time to address each of these arguments.

Accordingly, Defendants request that the Court enlarge the briefing schedule as follows: Defendants shall respond to Plaintiff's motion and cross-move for summary judgment on or before April 2, 2025; Plaintiff shall file a response to Defendants' cross-motion and any reply in support of its motion on or before April 16, 2025; and Defendants shall file any reply in support of their cross-motion on or before April 30, 2025.

This is the first time Defendant has sought an extension of the briefing schedule and granting this extension will cause Plaintiff no prejudice, nor meaningfully delay the resolution of this case.

\*   \*   \*

Dated: February 20, 2025                    Respectfully submitted,

                                                        EDWARD R. MARTIN, JR., D.C. Bar #481866
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division


By:     */s/ John J. Bardo*
JOHN J. BARDO, D.C. Bar #1655534
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 870-6770

*Attorneys for the United States of America*