IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELI LILLY AND COMPANY, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> ROBERT F. KENNEDY, JR., *et al.*, <br><br> *Defendants.* | Case No. 24-CV-3220 (DLF) |
| BRISTOL MYERS SQUIBB COMPANY, <br><br> *Plaintiff*, <br><br> v. <br><br> ROBERT F. KENNEDY, JR., *et al.*, <br><br> *Defendants*. | Case No. 24-CV-3337 (DLF) |
| NOVARTIS PHARMACEUTICALS CORPORATION, <br><br> *Plaintiff*, <br><br> v. <br><br> ROBERT F. KENNEDY, JR., *et al.*, <br><br> *Defendants*. | Case No. 25-CV-0117 (DLF) |

**UNOPPOSED MOTION OF AMERICAN HOSPITAL ASSOCIATION, NATIONAL ASSOCIATION OF CHILDREN'S HOSPITALS, INC., D/B/A CHILDREN'S HOSPITAL ASSOCIATION, ASSOCIATION OF AMERICAN MEDICAL COLLEGES AND AMERICA'S ESSENTIAL HOSPITALS TO FILE *AMICI CURIAE* BRIEF IN SUPPORT OF DEFENDANTS**

The American Hospital Association, the National Association of Children's Hospitals, Inc., d/b/a Children's Hospital Association, the Association of American Medical Colleges, and America's Essential Hospitals (collectively, the Proposed *Amici*) respectfully move this Court, pursuant to Local Civil Rule 7(o), for leave to file the attached brief in support of Defendants (Exhibit A). Proposed *Amici* also submit a Proposed Order.

*Amici* are four hospital associations whose members are hospitals that receive 340B discounts. Eli Lilly's, Bristol Myers Squibbs', and Novartis' unlawful rebate policies will grievously harm those hospitals and the patients they care for. *Amici* therefore have a strong interest in preserving the Health Resources and Services Administration's lawful decision to reject that rebate policy, so that *Amici*'s members can continue to provide high-quality, affordable medical care to their underserved patients and communities.

"Courts have wide discretion in deciding whether to grant a third party leave to file an amicus brief." *Matter of Search of Information Associated with [redacted]@mac.com that is Stored at Premises Controlled by Apple, Inc*., 13 F. Supp. 3d 157, 167 (D.D.C. 2014). "Generally, a court may grant leave to appear as an *amicus* if the information offered is timely and useful," *Ellsworth Assocs. v. United States*, 917 F. Supp. 841, 846 (D.D.C. 1996) (quotation marks omitted), or when *Amici* have "relevant expertise and a stated concern for the issues at stake in [the] case," *District of Columbia v. Potomac Elec. Power Co*., 826 F. Supp. 2d 227, 237 (D.D.C. 2011); *see Ellsworth,* 917 F. Supp. at 846 (a court should grant a motion to participate as *amicus curiae* when the movant has a "special interest in th[e] litigation as well as a familiarity and knowledge of the issues raised therein that could aid in the resolution of this case"); *Northern Mariana Islands v. United States,* No. 08-1572, 2009 WL 596986, at *1 (D.D.C. Mar. 6, 2009) (holding that "the filing of an amicus brief should be permitted if it will assist the judge 'by

presenting ideas, arguments, theories, insights, facts or data that are not to be found in the parties' briefs").

*Amici* easily satisfy this standard. As the attached proposed brief demonstrates, *Amici* provide the Court with specific insights, information, and legal arguments about the operation of the 340B Program and the consequences of the drug companies' rebate policies. *Amici* further demonstrate that if the Court were to grant Plaintiffs' motion for summary judgment, their member-hospitals would be severely harmed, thereby underscoring their "concern for the issues at stake," *Potomac Elec.*, 826 F. Supp. 2d at 237, and "special interest" in the litigation, *Ellsworth,* 917 F. Supp. at 846.

This Court has recognized Movants' value as *Amici* in the past. Specifically, it granted a similar motion in *Novartis Pharms. Corp. v. Espinosa*, No. 21-cv-1479, 2021 WL 5161783 (D.D.C. Nov. 5, 2021). *See* Minute Order (June 29, 2021).

Proposed *Amici* consulted with counsel for Plaintiffs and Defendants. Eli Lilly, Bristol Myers Squibb, and Novartis consent to the Motion. The government takes no position.

Accordingly, Proposed *Amici* respectfully ask the Court to grant their motion to file an *amici curiae* brief.

March 4, 2025                                         Respectfully submitted,

                                                      /s/
                                                      Chad Golder, Fed. Bar No. 976914
                                                      American Hospital Association
                                                      2 City Center, Suite 400
                                                      800 10th Street, NW
                                                      Washington, DC 20001-4956
                                                      202-626-4624
                                                      cgolder@aha.org
                                                      Counsel for *Amici Curiae*