IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELI LILLY AND COMPANY, *et al.*,<br><br>    *Plaintiffs*,<br><br>v.<br><br>ROBERT F. KENNEDY, JR., *et al.*,<br><br>    *Defendants*. | Case No. 24-CV-3220 (DLF) |
| BRISTOL MYERS SQUIBB COMPANY,<br><br>    *Plaintiff*,<br><br>v.<br><br>ROBERT F. KENNEDY, JR., *et al.*,<br><br>    *Defendants*. | Case No. 24-CV-3337 (DLF) |
| NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>    *Plaintiff*,<br><br>v.<br><br>ROBERT F. KENNEDY, JR., *et al.*,<br><br>    *Defendants*. | Case No. 25-CV-0117 (DLF) |

**ORDER**

Upon consideration of the March 4, 2025 unopposed Motion for Leave to File *Amicus* Brief in Support of Defendants, filed by the American Hospital Association, the National Association of Children's Hospitals, Inc., d/b/a Children's Hospital Association, the Association of American

Medical Colleges, and America's Essential Hospitals, and the entire record herein, it is hereby, for good cause shown:

1. **ORDERED** that the March 4, 2025 Motion for Leave to File *Amicus* Brief in Support of Defendants, filed by the American Hospital Association, the National Association of Children's Hospitals, Inc., d/b/a Children's Hospital Association, the Association of American Medical Colleges, and America's Essential Hospitals shall be and hereby is **GRANTED**; and it is further

2. **ORDERED** that the American Hospital Association, the National Association of Children's Hospitals, Inc., d/b/a Children's Hospital Association, the Association of American Medical Colleges, and America's Essential Hospitals shall be and hereby are **GRANTED LEAVE** to file an amicus brief in support of Defendants; and it is further

3. **ORDERED** that the Clerk shall cause the *amici curiae* brief attached to the March 4, 2025 Motion for Leave to File *Amicus* Brief in Support of Defendants, filed by the American Hospital Association, the National Association of Children's Hospitals, Inc., d/b/a Children's Hospital Association, the Association of American Medical Colleges, and America's Essential Hospitals to be filed and entered on the docket in the above-captioned proceeding; and it is further

4. **ORDERED** that the Clerk shall cause copies of this Order to be delivered to all parties of record.

So **ORDERED** this _____ day of _____, 2025

_____
DABNEY L. FRIEDRICH
United States District Judge