UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELI LILLY AND COMPANY,<br><br>  Plaintiff,<br><br>  v.<br><br>ROBERT F. KENNEDY, JR., Secretary of Health and Human Services et al., *et al.*,<br><br>  Defendants. | Civil Action No. 24-3220 (DLF) |
| BRISTOL MYERS SQUIBB COMPANY,<br><br>  Plaintiff,<br><br>  v.<br><br>ROBERT F. KENNEDY, JR, Secretary of Health and Human Services et al.,<br><br>  Defendants. | Civil Action No. 24-3337 (DLF) |
| NOVARTIS PHARMACUTICALS CORP,<br><br>  Plaintiff,<br><br>  v.<br>ROBERT F. KENNEDY, JR, Secretary of Health and Human Services et al.,<br><br>  Defendants. | Civil Action No. 25-0117 (DLF) |

**DEFENDANTS' CROSS MOTION FOR SUMMARY JUDGMENT AND OPPOSITION TO PLAINTIFFS' MOTIONS FOR SUMMARY JUDGMENT**

Pursuant to Rule 56, Defendants the Secretary of Health and Human Services and the Administrator of the Health Resources and Services Administration respectfully move the Court

for an order granting summary judgment in their favor and denying Plaintiffs' Eli Lilly and Company, Bristol Myers Squibb Company, and Novartis Pharmaceuticals Corporation motions for summary judgment.[1] In support of this motion, Defendants respectfully refer the Court to the attached memorandum of points and authorities. A proposed order is attached hereto.

Dated: March 17, 2025

Respectfully submitted,

EDWARD R. MARTIN, JR., D.C. Bar #481866
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: _____*/s/ John J. Bardo*_____
JOHN J. BARDO, D.C. Bar #1655534
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 870-6770

*Attorneys for the United States of America*

---

[1] These cases have been joined for purposes of dispositive motions briefing. Min. Order, Feb. 24, 2025.