UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELI LILLY AND COMPANY, <br><br>     Plaintiff, <br><br>     v. <br><br> ROBERT F. KENNEDY, JR., Secretary of Health and Human Services et al., *et al.*, <br><br>     Defendants. | Civil Action No. 24-3220 (DLF) |
| BRISTOL MYERS SQUIBB COMPANY, <br><br>     Plaintiff, <br><br>     v. <br><br> ROBERT F. KENNEDY, JR, Secretary of Health and Human Services et al., <br><br>     Defendants. | Civil Action No. 24-3337 (DLF) |
| NOVARTIS PHARMACUTICALS CORP, <br><br>     Plaintiff, <br><br>     v. <br> ROBERT F. KENNEDY, JR, Secretary of Health and Human Services et al., <br><br>     Defendants. | Civil Action No. 25-0117 (DLF) |

## **[PROPOSED] ORDER**

UPON CONSIDERATION of Defendants' motion for summary judgment, Plaintiffs' cross motions for summary judgment and the entire record herein, it is hereby

ORDERED that Defendants' motion is GRANTED, and it is further

ORDERED that Plaintiffs' motions are DENIED, and it is further

ORDERED that judgment shall be entered in favor of Defendants and against Plaintiffs.


SO ORDERED:


_____                    _____
Date                                DABNEY L. FRIEDRICH
                                    United States District Judge