# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELI LILLY AND COMPANY, *et al.*,<br>  *Plaintiffs*,<br>v.<br>ROBERT F. KENNEDY JR., *et al.*,<br>  *Defendants*. | Case No. 1:24-cv-3220 (DLF) |
| SANOFI-AVENTIS U.S. LLC<br>  *Plaintiff*,<br>v.<br>ROBERT F. KENNEDY JR., *et al.*,<br>  *Defendants*. | Case No. 1:24-cv-3496 (DLF) |
| BRISTOL MYERS SQUIBB COMPANY,<br>  *Plaintiff*,<br>v.<br>ROBERT F. KENNEDY JR., *et al*,<br>  *Defendants*. | Case No. 1:24-cv-3337 (DLF) |
| NOVARTIS PHARMACEUTICALS CORPORATION,<br>  *Plaintiff*,<br>v.<br>ROBERT F. KENNEDY JR., *et al*,<br>  *Defendants*. | Case No. 25-cv-0117 (DLF) |

**340B HEALTH, UMASS MEMORIAL MEDICAL CENTER, AND GENESIS HEALTHCARE SYSTEM'S**
**CROSS MOTION FOR SUMMARY JUDGMENT AND OPPOSITION TO PLAINTIFFS' <u>MOTIONS FOR SUMMARY JUDGMENT</u>**

Pursuant to Federal Rule of Civil Procedure 56, Intervenor Defendants respectfully file this consolidated Cross Motion for Summary Judgment and Opposition to Plaintiffs' Motions for

Summary Judgment. In support of this Motion, Intervenor Defendants are submitting a memorandum in support, a declaration of Maureen Testoni, and a proposed order. For the reasons explained in the memorandum in support, the Court should grant Intervenor Defendants' Cross Motion for Summary Judgment, deny Plaintiffs' Motions for Summary Judgment, and dismiss the case with prejudice.

Dated: March 18, 2025                    Respectfully submitted,

*/s/ William B. Schultz*

William B. Schultz (D.C. Bar No. 218990)
Margaret M. Dotzel (D.C. Bar No. 425431)
**ZUCKERMAN SPAEDER LLP**
2100 L Street NW, Suite 400
Washington, DC 20037
Tel: (202) 778-1800
Fax: (202) 822-8106
wschultz@zuckerman.com
mdotzel@zuckerman.com

*Attorneys for Intervenor Defendants*

## CERTIFICATE OF SERVICE

I certify that on March 18, 2025, I filed the foregoing with the Clerk of the Court using the ECF System, which will send notification of such filing to the registered participants identified on the Notice of Electronic Filing.

_____
William B. Schultz
