# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELI LILLY AND COMPANY, *et al.*,<br>　　　　　*Plaintiffs*,<br>　　v.<br>ROBERT F. KENNEDY JR., *et al.*,<br>　　　　　*Defendants*. | Case No. 1:24-cv-3220 (DLF) |
| SANOFI-AVENTIS U.S. LLC<br>　　　　　*Plaintiff*,<br>　　v.<br>ROBERT F. KENNEDY JR., *et al.*,<br>　　　　　*Defendants*. | Case No. 1:24-cv-3496 (DLF) |
| BRISTOL MYERS SQUIBB COMPANY,<br>　　　　　*Plaintiff*,<br>v.<br>ROBERT F. KENNEDY JR., *et al*,<br>　　　　　*Defendants*. | Case No. 1:24-cv-3337 (DLF) |
| NOVARTIS PHARMACEUTICALS CORPORATION,<br>　　　　　*Plaintiff*,<br>v.<br>ROBERT F. KENNEDY JR., *et al*,<br>　　　　　*Defendants*. | Case No. 25-cv-0117 (DLF) |

**[PROPOSED] ORDER GRANTING 340B HEALTH, UMASS MEMORIAL MEDICAL CENTER, AND GENESIS HEALTHCARE SYSTEM'S CROSS MOTION FOR SUMMARY JUDGMENT AND <u>DENYING PLAINTIFFS' MOTIONS FOR SUMMARY JUDGMENT</u>**

Upon consideration of 340B Health, UMass Memorial Medical Center, and Genesis HealthCare System's (Intervenor Defendants') Cross Motion for Summary Judgment and Opposition to Plaintiffs' Motions for Summary Judgment, it is hereby

ORDERED that the Intervenor Defendants' Cross Motion for Summary Judgment is granted; and it is further

ORDERED that Plaintiffs' Motions for Summary Judgment is denied; and it is further

ORDERED that the above-captioned cases are dismissed with prejudice.

Dated: _____, 2025

**UNITED STATES DISTRICT JUDGE**

**Local Rule 7(k) Appendix: Names and Addresses of Attorneys Entitled to Be Notified of This Entry**

Marlan Golden
Sean Marotta
Catherine Emily Stetson
HOGAN LOVELLS US LLP
555 13th Street, NW
Washington, DC 20004

John Caviness O'Quinn
Matthew Scott Owen
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue
Washington, DC 20004

Jacob Tyler Young
HOGAN LOVELLS US LLP
12 East Spring Street
Alexandria, VA 22301

John Bardo
DOJ-USAO
601 D Street NW
Washington, DC 20530

Noel John Francisco
JONES DAY
51 Louisiana Avenue, NW
Washington, DC 20001

Rajeev Muttreja
Toni Citera
JONES DAY
250 Vesey Street
New York, NY 10281