IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELI LILLY AND COMPANY, *et al.*,<br><br>            Plaintiffs,<br>    v.<br><br>ROBERT F. KENNEDY, JR., *et al.*,<br><br>            Defendants. | Case No. 1:24-cv-03220-DLF |

**[PROPOSED] ORDER**

Upon consideration of the unopposed Motion for Leave to File *Amici Curiae* Brief of State and Regional Hospital Associations, it is hereby ORDERED that the Motion is GRANTED. The Clerk shall cause the Brief of State and Regional Hospital Associations as *Amici Curiae* in Support of Defendants, attached as Exhibit A to their Motion, to be filed and entered on the docket in the above-captioned proceeding.

IT IS SO ORDERED.

This _____ day of _____, 2025.

_____
Hon. Dabney L. Friedrich
United States District Judge