UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KALDEROS INC,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, et. al.,<br><br>    Defendants. | Civil Action No. 21-2608 (DLF) |
| ELI LILLY AND COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>ROBERT F. KENNEDY, JR., Secretary of Health and Human Services et al., *et al.*,<br><br>    Defendants. | Civil Action No. 24-3220 (DLF) |
| BRISTOL MYERS SQUIBB COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>ROBERT F. KENNEDY, JR, Secretary of Health and Human Services et al.,<br><br>    Defendants. | Civil Action No. 24-3337 (DLF) |
| SANOFI-AVENTIS US, LLC,<br><br>    Plaintiff,<br><br>v. | Civil Action No. 24-3496 (DLF) |

| | |
|---|---|
| ROBERT F. KENNEDY, JR, Secretary of Health and Human Services, et al., <br><br> Defendants. | |
| NOVARTIS PHARMACUTICALS CORP, <br><br> Plaintiff, <br><br> v. <br> ROBERT F. KENNEDY, JR, Secretary of Health and Human Services et al., <br><br> Defendants. | Civil Action No. 25-0117 (DLF) |

## **NOTICE**

Large-scale implementation of rebate models to effectuate the 340B ceiling price would be a significant change for the 340B Program and its stakeholders. Because the implications are not straightforward, the Department of Health and Human Services continues to carefully evaluate its options alongside ongoing efforts to address 340B program integrity matters and keeping in mind the approaching effective date of certain Inflation Reduction Act requirements. The Department expects to be in a position to provide guidance for stakeholders in thirty days.

Dated: May 2, 2025

Respectfully submitted,

EDWARD R. MARTIN, JR., D.C. Bar #481866
United States Attorney

By:   */s/ John J. Bardo*
   JOHN J. BARDO, D.C. Bar #1655534
   Assistant United States Attorney
   601 D Street, NW
   Washington, DC 20530
   (202) 870-6770

*Attorneys for the United States of America*