**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ELI LILLY AND COMPANY, *et al.*,<br>*Plaintiffs*,<br><br>v.<br><br>ROBERT F. KENNEDY, JR., *et al.*,<br>*Defendants*. | Case No. 24-CV-3220 (DLF) |
| BRISTOL MYERS SQUIBB COMPANY,<br>*Plaintiff*,<br><br>v.<br><br>ROBERT F. KENNEDY, JR., *et al.*,<br>*Defendants*. | Case No. 24-CV-3337 (DLF) |
| SANOFI-AVENTIS U.S. LLC,<br>*Plaintiff*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*,<br>*Defendants*. | Case No. 24-CV-3496 (DLF) |
| NOVARTIS PHARMACEUTICALS CORPORATION,<br>*Plaintiff*,<br><br>v.<br><br>ROBERT F. KENNEDY, JR., *et al.*,<br>*Defendants*. | Case No. 25-CV-117 (DLF) |
| KALDEROS, INC.,<br>*Plaintiff*,<br><br>v.<br><br>UNITED STATES OF AMERICA, *et al.*,<br>*Defendants*. | Case No. 21-CV-2608 (DLF) |

**PLAINTIFFS' NOTICE TO THE COURT**

Plaintiffs submit this notice to advise the Court of the attached brief filed by Defendants HHS and HRSA (hereinafter "HHS") in *Premier, Inc. v. HRSA*, No. 24-cv-3116 (LLA) (D.D.C.) (Ex.1), as certain points made there by HHS relating to the product replenishment model are relevant to issues in the cases pending before this Court.

*First*, HHS's brief confirms that covered entities carry the "float"—the difference between market price and the 340B ceiling price—under the product replenishment model. *See* Ex.1 at 8 ("Hospitals that elect to use a product replenishment model must make their initial purchase of drugs that it intends to dispense to 340B-eligible patients at the wholesale acquisition cost."). That is no different from a cash replenishment rebate model—indeed, under plaintiffs' proposals, covered entities will quickly receive their rebates or credits from their initial purchases, likely long *before* making a subsequent purchase. *See id.* at 16 (describing "the product replenishment model" as one "where [the covered entity] *needs to make some purchases without the 340B discount*" (emphasis added)).

*Second*, HHS's brief confirms that HHS never pre-approved the product replenishment model: "covered entities began using the product replenishment model of their own volition," *id.* at 16, and the Agency later "had become aware 'through its program integrity initiatives' that covered entities had begun using the product replenishment model." *Id.* at 10. This underscores that a pre-approval requirement is something the Agency invented only for these cases.

*Third*, HHS's brief confirms that, whatever the product replenishment model may be (rebate or otherwise), it is not an "upfront discount[]." *Id.* at 16.

*   *   *

HHS's treatment of Plaintiffs' proposed cash replenishment rebate models—particularly in contrast to the agency's treatment of the product replenishment model—is unlawful and should be vacated.

Dated: May 14, 2025

Respectfully submitted,

*/s/ Catherine E. Stetson*
John C. O'Quinn
Matthew S. Owen
Megan McGlynn
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue N.W.
Washington, D.C. 20004
(202) 389-5000
john.oquinn@kirkland.com
matt.owen@kirkland.com
megan.mcglynn@kirkland.com

Catherine E. Stetson (D.C. Bar No. 453221)
Jacob T. Young (D.C. Bar No. 90014334)
HOGAN LOVELLS US LLP
555 Thirteenth Street N.W.
Washington, D.C. 20004
(202) 637-5600
cate.stetson@hoganlovells.com
jake.young@hoganlovells.com

*Attorneys for Plaintiffs Eli Lilly and Company and Lilly USA, LLC*

*/s/ Sean Marotta*
Sean Marotta (D.C. Bar No. 1006494)
Marlan Golden (D.C. Bar No. 1673073)
HOGAN LOVELLS US LLP
555 Thirteenth Street, N.W.
Washington, D.C. 20004
Telephone: (202) 637-4881
Facsimile: (202) 637-5910
sean.marotta@hoganlovells.com

*Attorneys for Plaintiff Bristol Myers Squibb Company*

*/s/ Sean Marotta*
Sean Marotta (D.C. Bar No. 1006494)
Jacob T. Young (D.C. Bar No. 90014334)
HOGAN LOVELLS US LLP
555 Thirteenth Street, N.W.
Washington, D.C. 20004
(202) 637-4881
sean.marotta@hoganlovells.com

*Attorneys for Plaintiff Novartis Pharmaceuticals Corporation*

/s/ *Rajeev Muttreja*
Rajeev Muttreja (admitted pro hac vice)
JONES DAY
250 Vesey Street
New York, New York 10281
Telephone: (212) 326-3939
Facsimile: (212) 755-7306
rmuttreja@jonesday.com

Noel Francisco (D.C. Bar No. 464752)
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001
Telephone: (202) 879-3939
Facsimile: (202) 626-1700
njfrancisco@jonesday.com

*Attorneys for Plaintiff Sanofi-Aventis U.S. LLC*

/s/ *Paul J. Zidlicky*
SIDLEY AUSTIN LLP
Paul J. Zidlicky (No. 450196)
pzidlicky@sidley.com
(Tel.): (202) 736-8013
1501 K Street, N.W.
Washington, DC 20005
(Tel.): (202) 736-8000
(Fax): (202) 736-8711

Trevor L. Wear (pro hac vice)
twear@sidley.com
(Tel.): (312) 853-7101
One South Dearborn
Chicago, IL 60603
(Tel.): (312) 853-7000
(Fax): (312) 853-7036

*Counsel for Plaintiff Kalderos, Inc.*