**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ELI LILLY AND COMPANY, *et al.*, <br>    *Plaintiffs*, <br> v. <br> ROBERT F. KENNEDY JR., *et al.*, <br>    *Defendants,* <br>    and <br> 340B HEALTH, *et al.*, <br>    *Intervenor-Defendants*. | No. 24-cv-03220 (DLF) |
| BRISTOL MYERS SQUIBB COMPANY, <br>    *Plaintiff*, <br> v. <br> ROBERT F. KENNEDY JR., *et al.*, <br>    *Defendants,* <br>    and <br> 340B HEALTH, *et al.*, <br>    *Intervenor-Defendants*. | No. 24-cv-03337 (DLF) |
| SANOFI-AVENTIS U.S. LLC, <br>    *Plaintiff*, <br> v. <br> ROBERT F. KENNEDY JR., *et al.*, <br>    *Defendants,* <br>    and <br> 340B HEALTH, *et al.*, <br>    *Intervenor-Defendants*. | No. 24-cv-03496 (DLF) |
| NOVARTIS PHARMACEUTICALS CORPORATION, <br>    *Plaintiff*, <br> v. <br> ROBERT F. KENNEDY JR., *et al.*, <br>    *Defendants*. <br>    and <br> 340B HEALTH, *et al.*, <br>    *Intervenor-Defendants*. | No. 25-cv-00117 (DLF) |

| | |
|---|---|
| KALDEROS, INC., <br>    *Plaintiff*, <br>  v. <br> UNITED STATES OF AMERICA, *et al.*, <br>    *Defendants*. | No. 21-cv-02608 (DLF) |

# ORDER

For the reasons stated in the accompanying memorandum opinion, it is

**ORDERED** that Lilly's Motion for Summary Judgment, Dkt. 15, is denied; the government's Cross Motion for Summary Judgment, Dkt. 35, is granted; and the intervenors' Cross Motion for Summary Judgment, Dkt. 36, is granted in part and denied in part. To the extent that intervenors seek a declaration that rebates are categorically prohibited under the 340B statute, that portion of their motion is denied. It is further

**ORDERED** that BMS's Motion for Summary Judgment, Dkt. 17, is denied; the government's Cross Motion for Summary Judgment, Dkt. 38, is granted; and the intervenors' Cross Motion for Summary Judgment, Dkt. 39, is granted in part and denied in part. It is further

**ORDERED** that Sanofi's Motion for Summary Judgment, Dkt. 27, is granted in part and denied in part; the government's Cross Motion for Summary Judgment, Dkt. 41, is granted in part and denied in part; and the intervenor' Cross Motion for Summary Judgment, Dkt. 35, is granted in part and denied in part. It is further

**ORDERED** that the portions of the agency's December 13 violation letter rejecting Sanofi's credit rebate and patient eligibility condition are vacated and remanded to the agency for further consideration. It is further

**ORDERED** that Novartis's Motion for Summary Judgment, Dkt. 12, is denied; the government's Cross Motion for Summary Judgment, Dkt. 31, is granted; and the intervenors' Cross Motion for Summary Judgment, Dkt. 32, is granted in part and denied in part.  It is further

**ORDERED** that Kalderos's Motion for Summary Judgment, Dkt. 41, is denied; and the government's Cross Motion for Summary Judgment, Dkt. 50, is granted.

This is a final appealable order.

**SO ORDERED**.

_____
DABNEY L. FRIEDRICH
United States District Judge

May 15, 2025