**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ELI LILLY AND COMPANY, *et al.*,<br>　　　*Plaintiffs*,<br><br>　　v.<br><br>ROBERT F. KENNEDY, JR., *et al.*,<br>　　　*Defendants*. | Case No. 24-CV-3220 (DLF) |
| BRISTOL MYERS SQUIBB COMPANY,<br>　　　*Plaintiff*,<br><br>　　v.<br><br>ROBERT F. KENNEDY, JR., *et al.*,<br>　　　*Defendants*. | Case No. 24-CV-3337 (DLF) |
| SANOFI-AVENTIS U.S. LLC,<br>　　　*Plaintiff*,<br><br>　　v.<br><br>UNITED STATES DEPARTMENT OF<br>HEALTH AND HUMAN SERVICES, *et al.*,<br>　　　*Defendants*. | Case No. 24-CV-3496 (DLF) |
| NOVARTIS PHARMACEUTICALS<br>CORPORATION,<br>　　　*Plaintiff*,<br><br>　　v.<br><br>ROBERT F. KENNEDY, JR., *et al.*,<br>　　　*Defendants*. | Case No. 25-CV-117 (DLF) |
| KALDEROS, INC.,<br>　　　*Plaintiff*,<br><br>　　v.<br><br>UNITED STATES OF AMERICA, *et al.*,<br>　　　*Defendants*. | Case No. 21-CV-2608 (DLF) |

**JOINT STATUS REPORT**

Consistent with the Court's Minute Order of May 21, 2025, the manufacturer Plaintiffs and Intervenor-Defendants have met and conferred on submitting portions of the Joint Appendix under seal. Through the meet-and-confer process, the parties resolved their disputes and agreed that limited portions of the joint appendix should be sealed or provisionally sealed. All other portions of the Joint Appendix will be available to the public. Those portions of documents that will be sealed fall into one of three categories.

*First*, one page of the Joint Appendix (AR 288) is a slide from a presentation to HRSA that contains technical information about Eli Lilly's proposed cash-replenishment model. Plaintiffs submit that part of this slide contains confidential business information that should be sealed under the factors established by *United States v. Hubbard*, 650 F.2d 293, 317–324 (D.C. Cir. 1980). The parties have agreed that the bottom section of the page, titled Control & Continuity Plan, will be sealed. The remaining portions of the document will be available to the public.

*Second*, the Joint Appendix contains personal contact information for employees of Novartis and Sanofi and other individuals. Plaintiffs submit the *Hubbard* factors favor redacting this information from the pages of the Joint Appendix where they appear. The parties have agreed that personal contact information (specifically email addresses and phone numbers) may be redacted from the following pages: AR 348, AR 372, AR 380, AR 392, AR 403, AR 406, AR 407, AR 416, AR 424, AR 425, AR 427, and AR 439.

*Third*, the Joint Appendix contains information that non-party Johnson & Johnson has moved for leave to file under seal in a separate case before Judge Contreras challenging HRSA's letter ordering Johnson & Johnson to cease implementation of its proposed cash-rebate model. *Johnson & Johnson Health Care Sys., Inc. v. Kennedy*, No. 24-CV-3188 (RC) (D.D.C.) (identifying AR 53–54, AR 86–96, AR 98–107, AR 154–173, AR 174–175, AR 232–233, and AR 234–

1

246). The parties agreed to deferring to Judge Contreras's forthcoming ruling on whether these documents should be filed under seal by seeking this Court's leave to file the documents provisionally under seal pending that ruling. Plaintiffs agree that if Judge Contreras rules that any documents should be unsealed, those documents should be filed on the public docket in this case; Intervenor-Defendants agree that if Judge Contreras rules that any documents should remain sealed, those documents should remain sealed in this case; and Plaintiffs agree to file, if necessary, revised public Joint Appendix volumes after Judge Contreras's ruling making public any currently sealed documents that Judge Contreras orders unsealed.

Pursuant to the Court's order, Plaintiffs will file "a renewed motion to file portions of the Joint Appendix under seal" including "specific reasoning for each separate document" referred to above.

Dated: June 4, 2025                                             Respectfully submitted,

*/s/ Jacob T. Young*
John C. O'Quinn
Matthew S. Owen
Megan McGlynn
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue N.W.
Washington, D.C. 20004
(202) 389-5000
john.oquinn@kirkland.com
matt.owen@kirkland.com
megan.mcglynn@kirkland.com

Jacob T. Young (D.C. Bar No. 90014334)
HOGAN LOVELLS US LLP
555 Thirteenth Street N.W.
Washington, D.C. 20004
(202) 637-5600
jake.young@hoganlovells.com

*Attorneys for Plaintiffs Eli Lilly and Company and Lilly USA, LLC*

        */s/ Sean Marotta*
        Sean Marotta (D.C. Bar No. 1006494)
        Marlan Golden (D.C. Bar No. 1673073)
        HOGAN LOVELLS US LLP
        555 Thirteenth Street, N.W.
        Washington, D.C. 20004
        Telephone: (202) 637-4881
        Facsimile: (202) 637-5910
        sean.marotta@hoganlovells.com

        *Attorneys for Plaintiff Bristol Myers Squibb Company*

        */s/ Sean Marotta*
        Sean Marotta (D.C. Bar No. 1006494)
        Jacob T. Young (D.C. Bar No. 90014334)
        HOGAN LOVELLS US LLP
        555 Thirteenth Street, N.W.
        Washington, D.C. 20004
        (202) 637-4881
        sean.marotta@hoganlovells.com

        *Attorneys for Plaintiff Novartis Pharmaceuticals Corporation*

        */s/ Rajeev Muttreja*
        Rajeev Muttreja (admitted pro hac vice)
        JONES DAY
        250 Vesey Street
        New York, New York 10281
        Telephone: (212) 326-3939
        Facsimile: (212) 755-7306
        rmuttreja@jonesday.com

        Noel Francisco (D.C. Bar No. 464752)
        JONES DAY
        51 Louisiana Avenue, N.W.
        Washington, D.C. 20001
        Telephone: (202) 879-3939
        Facsimile: (202) 626-1700
        njfrancisco@jonesday.com

        *Attorneys for Plaintiff Sanofi-Aventis U.S. LLC*

/s/ Paul J. Zidlicky
SIDLEY AUSTIN LLP
Paul J. Zidlicky (No. 450196)
pzidlicky@sidley.com
(Tel.): (202) 736-8013
1501 K Street, N.W.
Washington, DC 20005
(Tel.): (202) 736-8000
(Fax): (202) 736-8711

Trevor L. Wear (pro hac vice)
twear@sidley.com
(Tel.): (312) 853-7101
One South Dearborn
Chicago, IL 60603
(Tel.): (312) 853-7000
(Fax): (312) 853-7036

*Counsel for Plaintiff Kalderos, Inc.*

/s/ John J. Bardo
John J. Bardo (D.C. Bar No. 1655534)
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 870-6770
John.Bardo@usdoj.gov

*Attorney for Government Defendants*

/s/ William B. Schultz
William B. Schultz (D.C. Bar No. 218990)
Margaret M. Dotzel (D.C. Bar No. 425431)
ZUCKERMAN SPAEDER LLP
2100 L Street NW, Suite 400
Washington, DC 20037
Tel: (202) 778-1800
Fax: (202) 822-8106
wschultz@zuckerman.com
mdotzel@zuckerman.com

*Attorneys for Intervenor Defendants*

4