**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ELI LILLY AND COMPANY, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>ROBERT F. KENNEDY JR., in his official capacity as SECRETARY, UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*,<br><br>*Defendants*. | Case No. 1:24-CV-3220 (DLF) |

**NOTICE OF APPEAL**

Notice is hereby given that Plaintiffs Eli Lilly and Company and Lilly USA, LLC appeal to the United States Court of Appeals for the D.C. Circuit from this Court's Order, ECF No. 55, entered in this action on May 15, 2025.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | /s/ Jacob T. Young<br>John C. O'Quinn<br>Matthew S. Owen<br>Megan McGlynn<br>KIRKLAND & ELLIS LLP<br>1301 Pennsylvania Avenue N.W.<br>Washington, D.C. 20004<br>(202) 389-5000<br>john.oquinn@kirkland.com<br>matt.owen@kirkland.com<br>megan.mcglynn@kirkland.com |
|  | Jacob T. Young (D.C. Bar No. 90014334)<br>HOGAN LOVELLS US LLP<br>555 Thirteenth Street, N.W.<br>Washington, D.C. 20004<br>(202) 637-5600<br>jake.young@hoganlovells.com |
|  | *Attorneys for Plaintiffs Eli Lilly and Company and Lilly USA, LLC* |
| Dated: June 12, 2025 |  |