APPEAL,TYPE–E

# U.S. District Court
## District of Columbia (Washington, DC)
## CIVIL DOCKET FOR CASE #: <u>1:24–cv–03220–DLF</u>
### *Internal Use Only*

| | |
|---|---|
| ELI LILLY AND COMPANY et al v. XAVIER BECERRA et al | Date Filed: 11/14/2024 |
| Assigned to: Judge Dabney L. Friedrich | Jury Demand: None |
| Related Cases:  1:21–cv–02608–DLF | Nature of Suit: 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
|                            1:24–cv–03337–DLF | |
| Cause: 05:0701 Judicial Review of Agency Decision | Jurisdiction: U.S. Government Defendant |

**<u>Plaintiff</u>**

**ELI LILLY AND COMPANY**                    represented by    **Catherine Emily Stetson**
HOGAN LOVELLS US LLP
555 Thirteenth Street, NW
Washington, DC 20004
(202) 637–5491
Fax: (202) 637–5910
Email: <u>cate.stetson@hoganlovells.com</u>
*ATTORNEY TO BE NOTICED*

**Jacob Tyler Young**
12 East Spring Street
Alexandria, VA 22301
801–674–6813
Email: <u>jake.young@hoganlovells.com</u>
*ATTORNEY TO BE NOTICED*

**Matthew Scott Owen**
KIRKLAND & ELLIS LLP
1301 Pennsylvania Ave., NW
Washington, DC 20004
202–389–5943
Email: <u>matt.owen@kirkland.com</u>
*ATTORNEY TO BE NOTICED*

**John Caviness O'Quinn**
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue
Washington, DC 20004
202–389–5191
Fax: 202–389–5200
Email: <u>john.oquinn@kirkland.com</u>
*ATTORNEY TO BE NOTICED*

**<u>Plaintiff</u>**

**LILLY USA, LLC**                    represented by    **Catherine Emily Stetson**
(See above for address)

1

*ATTORNEY TO BE NOTICED*

**Jacob Tyler Young**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew Scott Owen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John Caviness O'Quinn**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**XAVIER BECERRA**                          represented by  **John Bardo**
*in his official capacity as Secretary of the*              DOJ–USAO
*U.S. Department of Health and Human*                       601 D Street NW
*Services*                                                  Washington, DC 20530
                                                            (202) 870–6770
                                                            Email: john.bardo@usdoj.gov
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Defendant**

**U.S. DEPARTMENT OF HEALTH**               represented by  **John Bardo**
**AND HUMAN SERVICES**                                      (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Defendant**

**CAROLE JOHNSON**                          represented by  **John Bardo**
*in her official capacity as Administrator*                 (See above for address)
*of the Health Resources and Services*                      *LEAD ATTORNEY*
*Administratio*                                             *ATTORNEY TO BE NOTICED*

**Defendant**

**HEALTH RESOURCES AND**                    represented by  **John Bardo**
**SERVICES ADMINISTRATION**                                 (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Movant**

**340B HEALTH**                             represented by  **William Barnett Schultz**
                                                            ZUCKERMAN SPAEDER LLP
                                                            2100 L Street, NW
                                                            Suite 400

Washington, DC 20037
202–778–1800
Fax: 202–822–8106
Email: wschultz@zuckerman.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Margaret M. Dotzel**
ZUCKERMAN SPAEDER LLP
2100 L Street, NW
Suite 400
Washington, DC 20037
202–778–1800
Fax: 202–822–8106
Email: mdotzel@zuckerman.com
*ATTORNEY TO BE NOTICED*

Movant

**UMASS MEMORIAL MEDICAL CENTER**           represented by   **William Barnett Schultz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Margaret M. Dotzel**
(See above for address)
*ATTORNEY TO BE NOTICED*

Movant

**GENESIS HEALTHCARE SYSTEM**           represented by   **William Barnett Schultz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Margaret M. Dotzel**
(See above for address)
*ATTORNEY TO BE NOTICED*

Movant

**PHARMACEUTICAL RESEARCH AND MANUFACTURERS OF AMERICA**           represented by   **Philip Jonathan Perry**
LATHAM & WATKINS LLP
555 Eleventh Street, NW
Suite 1000
Washington, DC 20004–1304
202–637–2200
Fax: 202–637–2201
Email: philip.perry@lw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Movant

**BIOTECHNOLOGY INNOVATION ORGANIZATION**

represented by **Philip Jonathan Perry**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Amicus

**WASHINGTON LEGAL FOUNDATION**

represented by **Jonathan James Huber**
NELSON MULLINS RILEY &
SCARBOROUGH LLP
101 Constitution Avenue, NW
9th Floor
Washington, DC 20001
202–689–2966
Email: jonathan.huber@nelsonmullins.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Amicus

**COMMUNITY ONCOLOGY ALLIANCE, INC.**

represented by **Jonathan E. Levitt**
FRIER & LEVITT, LLC
84 Bloomfield Ave.
Pine Brook, NJ 07058
(973) 618–1600
Fax: (973) 618–0650
Email: jlevitt@frierlevitt.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Amicus

**AMERICAN HOSPITAL ASSOCIATION**

represented by **Chad Golder**
AMERICAN HOSPITAL ASSOC.
800 10th Street, NW
#400
2 City Center
Washington, DC 20001
202–626–4624
Email: chadgolder@gmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Amicus

**NATIONAL ASSOCIATION OF CHILDREN'S HOSPITALS, INC.**
*doing business as*
CHILDREN'S HOSPITAL ASSOCIATION

represented by **Chad Golder**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Amicus

**ASSOCIATION OF AMERICAN MEDICAL COLLEGES**

represented by **Chad Golder**
(See above for address)

4

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

**AMERICA'S ESSENTIAL
HOSPITALS**

represented by  **Chad Golder**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

**ARIZONA HOSPITAL AND
HEALTHCARE ASSOCIATION**

represented by  **Scott D. Gallisdorfer**
BASS BERRY & SIMS PLC
21 Platform Way, Suite 3500
Nashville, TN 37203
615–742–7926
Email: scott.gallisdorfer@bassberry.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

**ARKANSAS HOSPITAL
ASSOCIATION**

represented by  **Scott D. Gallisdorfer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

**CALIFORNIA HOSPITAL
ASSOCIATION**

represented by  **Scott D. Gallisdorfer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

**COLORADO HOSPITAL
ASSOCIATION**

represented by  **Scott D. Gallisdorfer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

**CONNECTICUT HOSPITAL
ASSOCIATION**

represented by  **Scott D. Gallisdorfer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

**DELAWARE HEALTHCARE
ASSOCIATION**

represented by  **Scott D. Gallisdorfer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

**FLORIDA HOSPITAL
ASSOCIATION**

represented by **Scott D. Gallisdorfer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

**GEORGIA HOSPITAL
ASSOCIATION**

represented by **Scott D. Gallisdorfer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

**GREATER NEW YORK HOSPITAL
ASSOCIATION**

represented by **Scott D. Gallisdorfer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

**HEALTHCARE ASSOCIATION OF
HAWAII**

represented by **Scott D. Gallisdorfer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

**HEALTHCARE ASSOCIATION OF
NEW YORK STATE**

represented by **Scott D. Gallisdorfer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

**HOSPITAL ASSOCIATION OF
OREGON**

represented by **Scott D. Gallisdorfer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

**IDAHO HOSPITAL ASSOCIATION**

represented by **Scott D. Gallisdorfer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

**ILLINOIS HEALTH AND
HOSPITAL ASSOCIATION**

represented by **Scott D. Gallisdorfer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

**INDIANA HOSPITAL
ASSOCIATION**

represented by **Scott D. Gallisdorfer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

**IOWA HOSPITAL ASSOCIATION**

represented by **Scott D. Gallisdorfer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

**KENTUCKY HOSPITAL
ASSOCIATION**

represented by **Scott D. Gallisdorfer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

**LOUISIANA HOSPITAL
ASSOCIATION**

represented by **Scott D. Gallisdorfer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

**MASSACHUSETTS HEALTH &
HOSPITAL ASSOCIATION**

represented by **Scott D. Gallisdorfer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

**MICHIGAN HEALTH & HOSPITAL
ASSOCIATION**

represented by **Scott D. Gallisdorfer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

**MISSISSIPPI HOSPITAL
ASSOCIATION**

represented by **Scott D. Gallisdorfer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

**MISSOURI HOSPITAL
ASSOCIATION**

represented by **Scott D. Gallisdorfer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

**NEW JERSEY HOSPITAL
ASSOCIATION**

represented by **Scott D. Gallisdorfer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

**NEW MEXICO HOSPITAL
ASSOCIATION**

represented by **Scott D. Gallisdorfer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

**NORTH CAROLINA HEALTHCARE
ASSOCIATION**

represented by **Scott D. Gallisdorfer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

**NORTH DAKOTA HOSPITAL
ASSOCIATION**

represented by **Scott D. Gallisdorfer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

**OHIO HOSPITAL ASSOCIATION**

represented by **Scott D. Gallisdorfer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

**OKLAHOMA HOSPITAL
ASSOCIATION**

represented by **Scott D. Gallisdorfer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

**TENNESSEE HOSPITAL
ASSOCIATION**

represented by **Scott D. Gallisdorfer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

**HOSPITAL AND HEALTHSYSTEM
ASSOCIATION OF PENNSYLVANIA**

represented by **Scott D. Gallisdorfer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

TEXAS HOSPITAL ASSOCIATION

represented by **Scott D. Gallisdorfer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

VERMONT ASSOCIATION OF
HOSPITALS AND HEALTH
SYSTEMS

represented by **Scott D. Gallisdorfer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

VIRGINIA HOSPITAL &
HEALTHCARE ASSOCIATION

represented by **Scott D. Gallisdorfer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

WASHINGTON STATE HOSPITAL
ASSOCIATION

represented by **Scott D. Gallisdorfer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

WEST VIRGINIA HOSPITAL
ASSOCIATION

represented by **Scott D. Gallisdorfer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

WISCONSIN HOSPITAL
ASSOCIATION

represented by **Scott D. Gallisdorfer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

WYOMING HOSPITAL
ASSOCIATION

represented by **Scott D. Gallisdorfer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/14/2024 | 1 | COMPLAINT against CAROLE JOHNSON, THE HEALTH RESOURCES AND SERVICES ADMINISTRATION, THE U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, XAVIER BECERRA ( Filing fee $ 405 receipt number ADCDC–11300475) filed by ELI LILLY AND COMPANY, LILLY USA, LLC. |

| | | |
|---|---|---|
| | | (Attachments: # 1 Civil Cover Sheet, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Summons Becerra, # 8 Summons HHS, # 9 Summons Johnson, # 10 Summons HRSA, # 11 Summons USA, # 12 Summons AG)(O'Quinn, John) (Entered: 11/14/2024) |
| 11/14/2024 | 2 | NOTICE OF RELATED CASE by ELI LILLY AND COMPANY, LILLY USA, LLC. Case related to Case No. 21−cv−2608. (O'Quinn, John) (Entered: 11/14/2024) |
| 11/14/2024 | 3 | LCvR 26.1 CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by ELI LILLY AND COMPANY, LILLY USA, LLC (O'Quinn, John) (Entered: 11/14/2024) |
| 11/14/2024 | 4 | NOTICE of Appearance by John Caviness O'Quinn on behalf of ELI LILLY AND COMPANY, LILLY USA, LLC (O'Quinn, John) (Entered: 11/14/2024) |
| 11/14/2024 | 5 | NOTICE of Appearance by Matthew Scott Owen on behalf of ELI LILLY AND COMPANY, LILLY USA, LLC (Owen, Matthew) (Entered: 11/14/2024) |
| 11/15/2024 | 6 | NOTICE of Appearance by Catherine Emily Stetson on behalf of ELI LILLY AND COMPANY, LILLY USA, LLC (Stetson, Catherine) (Entered: 11/15/2024) |
| 11/15/2024 | | Case Assigned to Judge Dabney L. Friedrich. (zsl) (Entered: 11/15/2024) |
| 11/15/2024 | 7 | SUMMONS (6) Issued Electronically as to All Defendants, U.S. Attorney and U.S. Attorney General (Attachment: # 1 Notice and Consent)(zsl) (Entered: 11/15/2024) |
| 12/02/2024 | 8 | STANDARD ORDER for Civil Cases. See text for details. Signed by Judge Dabney L. Friedrich on December 2, 2024. (lcdlf1) (Entered: 12/02/2024) |
| 12/06/2024 | 9 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. CAROLE JOHNSON served on 11/18/2024; HEALTH RESOURCES AND SERVICES ADMINISTRATION served on 11/18/2024; XAVIER BECERRA served on 11/22/2024 (O'Quinn, John) (Entered: 12/06/2024) |
| 12/06/2024 | 10 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed on United States Attorney General. Date of Service Upon United States Attorney General 11/18/2024. (See docket entry 9 to view document).(mg) (Entered: 12/09/2024) |
| 12/27/2024 | 11 | Consent MOTION to Vacate 1 Complaint,, *Answer Deadline*, Consent MOTION for Briefing Schedule *for Motion for Summary Judgment* by ELI LILLY AND COMPANY, LILLY USA, LLC. (Attachments: # 1 Text of Proposed Order)(O'Quinn, John) (Entered: 12/27/2024) |
| 01/02/2025 | | MINUTE ORDER granting the parties' 11 Consent Motion. The answer deadline is VACATED. It is ORDERED that the following schedule shall govern further proceedings: the defendants shall file the certified index of administrative record and serve the administrative record on the plaintiffs on or before January 31, 2025; the plaintiffs shall file their motion for summary judgment on or before February 3, 2025; the defendants shall file their opposition and cross−motion for summary judgment on or before March 3, 2025; the plaintiffs shall file their opposition to the defendants' motion and any reply in support of their motion on or before March 17, 2025; and the defendants shall file any reply in support of their cross−motion on or before March 31, 2025. So Ordered by Judge Dabney L. Friedrich on January 2, 2025. (lcdlf1) (Entered: 01/02/2025) |
| 01/07/2025 | 12 | |

| | | |
|---|---|---|
| | | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES served on 11/22/2024 (O'Quinn, John) (Entered: 01/07/2025) |
| 01/31/2025 | 13 | Joint MOTION for Protective Order by XAVIER BECERRA, U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, CAROLE JOHNSON, HEALTH RESOURCES AND SERVICES ADMINISTRATION. (Attachments: # 1 Text of Proposed Order)(Bardo, John) (Entered: 01/31/2025) |
| 01/31/2025 | 14 | ADMINISTRATIVE RECORD by XAVIER BECERRA, U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, CAROLE JOHNSON, HEALTH RESOURCES AND SERVICES ADMINISTRATION. (Bardo, John) (Entered: 01/31/2025) |
| 02/03/2025 | 15 | MOTION for Summary Judgment by ELI LILLY AND COMPANY, LILLY USA, LLC. (Attachments: # 1 Memorandum in Support, # 2 Text of Proposed Order)(Stetson, Catherine) (Entered: 02/03/2025) |
| 02/05/2025 | 16 | NOTICE of Appearance by Margaret M. Dotzel on behalf of 340B HEALTH, UMASS MEMORIAL MEDICAL CENTER, GENESIS HEALTHCARE SYSTEM (Dotzel, Margaret) (Entered: 02/05/2025) |
| 02/05/2025 | 17 | NOTICE of Appearance by William Barnett Schultz on behalf of 340B HEALTH, UMASS MEMORIAL MEDICAL CENTER, GENESIS HEALTHCARE SYSTEM (Schultz, William) (Entered: 02/05/2025) |
| 02/05/2025 | 18 | MOTION to Intervene by 340B HEALTH, UMASS MEMORIAL MEDICAL CENTER, GENESIS HEALTHCARE SYSTEM. (Attachments: # 1 Memorandum in Support, # 2 Declaration, # 3 Declaration, # 4 Declaration, # 5 Text of Proposed Order)(Schultz, William) (Entered: 02/05/2025) |
| 02/05/2025 | 19 | LCvR 26.1 CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by 340B HEALTH, UMASS MEMORIAL MEDICAL CENTER, GENESIS HEALTHCARE SYSTEM (Schultz, William) (Entered: 02/05/2025) |
| 02/06/2025 | 20 | ORDER granting 13 Motion for Protective Order. See text for details. Signed by Judge Dabney L. Friedrich on February 6, 2025. (lcdlf1) (Entered: 02/06/2025) |
| 02/06/2025 | | MINUTE ORDER. Civil Actions 24−cv−3220, 24−cv−3337, 24−cv−3496, and 25−cv−117 involve common questions of law and fact. In addition, 340B Health, UMass Memorial Medical Center, and Genesis Healthcare System have moved to intervene in each case. Accordingly, on or before February 11, 2025, the parties in each case shall notify the Court of their respective positions on consolidating these actions under Rule 42, at least with respect to the briefing on the motion to intervene and any future hearings on the pending motions to intervene and dismiss. So Ordered by Judge Dabney L. Friedrich on February 6, 2025. (lcdlf1) (Entered: 02/06/2025) |
| 02/10/2025 | 21 | Unopposed MOTION for Leave to File *Amici Curiae Brief in Support of Plaintiffs' Motion for Summary Judgment* by PHARMACEUTICAL RESEARCH AND MANUFACTURERS OF AMERICA, BIOTECHNOLOGY INNOVATION ORGANIZATION. (Attachments: # 1 Exhibit A, # 2 Text of Proposed Order)(Perry, Philip) (Entered: 02/10/2025) |
| 02/10/2025 | 22 | LCvR 26.1 CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by PHARMACEUTICAL RESEARCH AND MANUFACTURERS OF AMERICA, BIOTECHNOLOGY INNOVATION ORGANIZATION (Perry, Philip) |

| | | |
|---|---|---|
| | | (Entered: 02/10/2025) |
| 02/11/2025 | | MINUTE ORDER granting the unopposed 21 Motion for Leave to File Amici Curiae Brief. The Clerk of Court is directed to file the [21–1] Brief of Pharmaceutical Research and Manufacturers of America and Biotechnology Innovation Organization on the docket. So Ordered by Judge Dabney L. Friedrich on February 11, 2025 (lcdlf1) (Entered: 02/11/2025) |
| 02/11/2025 | 23 | RESPONSE TO ORDER OF THE COURT re 2/6/2025 MINUTE Order, filed by XAVIER BECERRA, U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, CAROLE JOHNSON, HEALTH RESOURCES AND SERVICES ADMINISTRATION. (Bardo, John) Modified event on 2/12/2025 (mg). (Entered: 02/11/2025) |
| 02/11/2025 | 24 | RESPONSE TO ORDER OF THE COURT re 2/6/2025 MINUTE Order, filed by ELI LILLY AND COMPANY, LILLY USA, LLC. (O'Quinn, John) Modified event on 2/12/2025 (mg). (Entered: 02/11/2025) |
| 02/11/2025 | | RESOLVED.....NOTICE of Provisional/Government Not Certified Status re 24 RESPONSE TO ORDER OF THE COURT re 2/6/2025 MINUTE Order, filed by ELI LILLY AND COMPANY, LILLY USA, LLC. (O'Quinn, John) Modified event on 2/12/2025 (mg).. <br><br> Your attorney renewal/government certification has not been received. As a result, your membership with the U.S. District & Bankruptcy Courts for the District of Columbia is not in good standing, and you are not permitted to file. Pursuant to Local Civil Rule 83.9, you must immediately correct your membership status by following the appropriate instructions on this page of our website: https://www.dcd.uscourts.gov/attorney–renewal. <br><br> Please be advised that the presiding judge in this case has been notified that you are currently not in good standing to file in this court. Renewal Due by 2/18/2025. (zhcn) Modified on 2/13/2025 (zhcn). (Entered: 02/13/2025) |
| 02/14/2025 | 25 | MOTION for Order *for Leave to File Amicus Curiae Brief* by WASHINGTON LEGAL FOUNDATION. (Attachments: # 1 Text of Proposed Order, # 2 Exhibit A – WLF Amicus Brief)(Huber, Jonathan) (Entered: 02/14/2025) |
| 02/17/2025 | 26 | MOTION for Leave to File *Amicus Brief* by COMMUNITY ONCOLOGY ALLIANCE, INC.. (Attachments: # 1 Exhibit Amicus Brief, # 2 Text of Proposed Order Proposed Order)(Levitt, Jonathan) (Entered: 02/17/2025) |
| 02/17/2025 | | RESOLVED.....NOTICE of Provisional/Government Not Certified Status re 26 MOTION for Leave to File *Amicus Brief* by COMMUNITY ONCOLOGY ALLIANCE, INC.. (Attachments: # 1 Exhibit Amicus Brief, # 2 Text of Proposed Order Proposed Order)(Levitt, Jonathan). <br><br> Your attorney renewal/government certification has not been received. As a result, your membership with the U.S. District & Bankruptcy Courts for the District of Columbia is not in good standing, and you are not permitted to file. Pursuant to Local Civil Rule 83.9, you must immediately correct your membership status by following the appropriate instructions on this page of our website: https://www.dcd.uscourts.gov/attorney–renewal. |

| | | |
|---|---|---|
| | | Please be advised that the presiding judge in this case has been notified that you are currently not in good standing to file in this court. Renewal Due by 2/24/2025. (zhcn) Modified on 2/19/2025 (zhcn). (Entered: 02/18/2025) |
| 02/18/2025 | | MINUTE ORDER granting the unopposed 25 Motion for Leave to File Amici Curiae Brief. The Clerk of Court is directed to file the [25–2] Brief of Washington Legal Foundation on the docket. So Ordered by Judge Dabney L. Friedrich on February 18, 2025 (lcdlf1) (Entered: 02/18/2025) |
| 02/18/2025 | | MINUTE ORDER granting the unopposed 26 Motion for Leave to File Amici Curiae Brief. The Clerk of Court is directed to file the [26–1] Brief of Community Oncology Alliance, Inc on the docket. So Ordered by Judge Dabney L. Friedrich on February 18, 2025 (lcdlf1) (Entered: 02/18/2025) |
| 02/19/2025 | 27 | Memorandum in opposition to re 18 Motion to Intervene, filed by ELI LILLY AND COMPANY, LILLY USA, LLC. (Attachments: # 1 Text of Proposed Order)(Stetson, Catherine) (Entered: 02/19/2025) |
| 02/21/2025 | 28 | MOTION for Extension of Time to *Brief Summary Judgment* by XAVIER BECERRA, U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, CAROLE JOHNSON, HEALTH RESOURCES AND SERVICES ADMINISTRATION. (Attachments: # 1 Text of Proposed Order)(Bardo, John) (Entered: 02/21/2025) |
| 02/21/2025 | | MINUTE ORDER directing the plaintiffs to file any opposition to the defendants' 28 Motion for Extension on or before February 24, 2025 at 12:00 p.m. So Ordered by Judge Dabney L. Friedrich on February 21, 2025 (lcdlf1) (Entered: 02/21/2025) |
| 02/24/2025 | 29 | Memorandum in opposition to re 28 Motion for Extension of Time to, filed by ELI LILLY AND COMPANY, LILLY USA, LLC. (Attachments: # 1 Text of Proposed Order)(Stetson, Catherine) (Entered: 02/24/2025) |
| 02/24/2025 | 30 | REPLY to opposition to motion re 18 Motion to Intervene, filed by 340B HEALTH, UMASS MEMORIAL MEDICAL CENTER, GENESIS HEALTHCARE SYSTEM. (Schultz, William) (Entered: 02/24/2025) |
| 02/25/2025 | | NOTICE of Hearing: Motion Hearing set for 4/29/2025 at 10:00 AM in Courtroom 24A– In Person before Judge Dabney L. Friedrich. (smc) (Entered: 02/25/2025) |
| 02/25/2025 | | MINUTE ORDER granting in part the defendants' 28 Motion for Extension of Time. The Court will grant a 14–day extension of all deadlines. Further, upon consideration of the parties' 23 24 Responses to the Order the Court, the Court will accept the proposal regarding joint briefs on the motion to intervene and dispositive motions. The Court will hold a joint hearing for Case Nos. 21–2608, 24–3320, 24–3337, 24–3496, and 25–117 on April 29, 2025 at 10:00 a.m. in Courtroom 24A. The government has suggested that the Court also consolidate Johnson & Johnson v. Fink, No. 24–3188. At this point, the Court is not consolidating any of the cases but instead is considering them on a joint briefing and hearing schedule, as proposed. To the Courts knowledge, no motion to deem these cases related has been filed in Johnson & Johnson. Accordingly, the Court will proceed with the cases on its docket. So Ordered by Judge Dabney L. Friedrich on February 25, 2025. (lcdlf1) (Entered: 02/25/2025) |
| 03/04/2025 | 31 | Unopposed MOTION for Leave to File *Amici Curiae Brief in Support of Defendants* by AMERICAN HOSPITAL ASSOCIATION, National Association of Children's Hospitals, Inc., d/b/a Children's Hospital Association, ASSOCIATION OF |

| | | AMERICAN MEDICAL COLLEGES, AMERICA'S ESSENTIAL HOSPITALS. (Attachments: # 1 Exhibit A, # 2 Text of Proposed Order)(Golder, Chad) (Entered: 03/04/2025) |
|---|---|---|
| 03/04/2025 | 32 | LCvR 26.1 CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by AMERICAN HOSPITAL ASSOCIATION, National Association of Children's Hospitals, Inc., d/b/a Children's Hospital Association, ASSOCIATION OF AMERICAN MEDICAL COLLEGES, AMERICA'S ESSENTIAL HOSPITALS (Golder, Chad) (Entered: 03/04/2025) |
| 03/04/2025 | 33 | ORDER granting the 18 Motion to Intervene. See text for details. Signed by Judge Dabney L. Friedrich on March 4, 2025 (lcdlf1) (Entered: 03/04/2025) |
| 03/04/2025 | | MINUTE ORDER granting the unopposed 31 Motion for Leave to File Amici Curiae Brief. The Clerk of Court is directed to file the [31−1] Brief of American Hospital Association on the docket. So Ordered by Judge Dabney L. Friedrich on March 4, 2025 (lcdlf1) (Entered: 03/04/2025) |
| 03/04/2025 | 34 | AMICUS BRIEF by AMERICAN HOSPITAL ASSOCIATION, NATIONAL ASSOCIATION OF CHILDREN'S HOSPITALS, INC., ASSOCIATION OF AMERICAN MEDICAL COLLEGES, AMERICA'S ESSENTIAL HOSPITALS. (mg) (Entered: 03/05/2025) |
| 03/17/2025 | 35 | Cross MOTION for Summary Judgment *and Opposition to Plaintiff's Motion for Summary Judgment* by XAVIER BECERRA, U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, CAROLE JOHNSON, HEALTH RESOURCES AND SERVICES ADMINISTRATION. (Attachments: # 1 Memorandum in Support, # 2 Text of Proposed Order)(Bardo, John) (Entered: 03/17/2025) |
| 03/17/2025 | 37 | RESPONSE re 15 MOTION for Summary Judgment filed by XAVIER BECERRA, U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, CAROLE JOHNSON, HEALTH RESOURCES AND SERVICES ADMINISTRATION. (See docket entry 35 to view document) (mg) (Entered: 03/19/2025) |
| 03/18/2025 | 36 | MOTION for Summary Judgment *and Opposition to Plaintiffs' Motions for Summary Judgment* by 340B HEALTH, UMASS MEMORIAL MEDICAL CENTER, GENESIS HEALTHCARE SYSTEM. (Attachments: # 1 Memorandum in Support, # 2 Declaration, # 3 Text of Proposed Order)(Schultz, William) (Entered: 03/18/2025) |
| 03/18/2025 | 38 | RESPONSE re 15 MOTION for Summary Judgment filed by 340B HEALTH, UMASS MEMORIAL MEDICAL CENTER, GENESIS HEALTHCARE SYSTEM.(See docket entry 36 to view document) (mg) (Entered: 03/19/2025) |
| 03/24/2025 | 39 | Unopposed MOTION for Leave to File Amicus Brief *of State and Regional Hospital Associations in Support of Defendants* by ARIZONA HOSPITAL AND HEALTHCARE ASSOCIATION, ARKANSAS HOSPITAL ASSOCIATION, CALIFORNIA HOSPITAL ASSOCIATION, COLORADO HOSPITAL ASSOCIATION, CONNECTICUT HOSPITAL ASSOCIATION, DELAWARE HEALTHCARE ASSOCIATION, FLORIDA HOSPITAL ASSOCIATION, GEORGIA HOSPITAL ASSOCIATION, GREATER NEW YORK HOSPITAL ASSOCIATION, HEALTHCARE ASSOCIATION OF HAWAII, HEALTHCARE ASSOCIATION OF NEW YORK STATE, HOSPITAL ASSOCIATION OF OREGON, IDAHO HOSPITAL ASSOCIATION, ILLINOIS HEALTH AND HOSPITAL ASSOCIATION, INDIANA HOSPITAL ASSOCIATION, IOWA HOSPITAL ASSOCIATION, KENTUCKY HOSPITAL ASSOCIATION, |

| | | |
|---|---|---|
| | | LOUISIANA HOSPITAL ASSOCIATION, MASSACHUSETTS HEALTH & HOSPITAL ASSOCIATION, MICHIGAN HEALTH & HOSPITAL ASSOCIATION, MISSISSIPPI HOSPITAL ASSOCIATION, MISSOURI HOSPITAL ASSOCIATION, NEW JERSEY HOSPITAL ASSOCIATION, NEW MEXICO HOSPITAL ASSOCIATION, NORTH CAROLINA HEALTHCARE ASSOCIATION, NORTH DAKOTA HOSPITAL ASSOCIATION, OHIO HOSPITAL ASSOCIATION, Oklahoma Hospital Association, TENNESSEE HOSPITAL ASSOCIATION, The Hospital and Healthsystem Association of Pennsylvania, TEXAS HOSPITAL ASSOCIATION, Vermont Association of Hospitals and Health Systems, VIRGINIA HOSPITAL & HEALTHCARE ASSOCIATION, WASHINGTON STATE HOSPITAL ASSOCIATION, WEST VIRGINIA HOSPITAL ASSOCIATION, WISCONSIN HOSPITAL ASSOCIATION, WYOMING HOSPITAL ASSOCIATION. (Attachments: # 1 Exhibit A – Proposed Brief, # 2 Text of Proposed Order)(Gallisdorfer, Scott) (Entered: 03/24/2025) |
| 03/25/2025 | | MINUTE ORDER granting the unopposed 39 Motion for Leave to File Amicus Brief. The Clerk of Court is directed to file the [39–1] Brief on the docket. So Ordered by Judge Dabney L. Friedrich on March 25, 2025 (lcdlf1) (Entered: 03/25/2025) |
| 03/25/2025 | 40 | AMICUS BRIEF by ARIZONA HOSPITAL AND HEALTHCARE ASSOCIATION, ARKANSAS HOSPITAL ASSOCIATION, CALIFORNIA HOSPITAL ASSOCIATION, COLORADO HOSPITAL ASSOCIATION, CONNECTICUT HOSPITAL ASSOCIATION, DELAWARE HEALTHCARE ASSOCIATION, FLORIDA HOSPITAL ASSOCIATION, GEORGIA HOSPITAL ASSOCIATION, GREATER NEW YORK HOSPITAL ASSOCIATION, HEALTHCARE ASSOCIATION OF HAWAII, HEALTHCARE ASSOCIATION OF NEW YORK STATE, HOSPITAL ASSOCIATION OF OREGON, IDAHO HOSPITAL ASSOCIATION, ILLINOIS HEALTH AND HOSPITAL ASSOCIATION, INDIANA HOSPITAL ASSOCIATION, IOWA HOSPITAL ASSOCIATION, KENTUCKY HOSPITAL ASSOCIATION, LOUISIANA HOSPITAL ASSOCIATION, MASSACHUSETTS HEALTH & HOSPITAL ASSOCIATION, MICHIGAN HEALTH & HOSPITAL ASSOCIATION, MISSISSIPPI HOSPITAL ASSOCIATION, MISSOURI HOSPITAL ASSOCIATION, NEW JERSEY HOSPITAL ASSOCIATION, NEW MEXICO HOSPITAL ASSOCIATION, NORTH CAROLINA HEALTHCARE ASSOCIATION, NORTH DAKOTA HOSPITAL ASSOCIATION, OHIO HOSPITAL ASSOCIATION, OKLAHOMA HOSPITAL ASSOCIATION, TENNESSEE HOSPITAL ASSOCIATION, HOSPITAL AND HEALTHSYSTEM ASSOCIATION OF PENNSYLVANIA, TEXAS HOSPITAL ASSOCIATION, VERMONT ASSOCIATION OF HOSPITALS AND HEALTH SYSTEMS, VIRGINIA HOSPITAL & HEALTHCARE ASSOCIATION, WASHINGTON STATE HOSPITAL ASSOCIATION, WEST VIRGINIA HOSPITAL ASSOCIATION, WISCONSIN HOSPITAL ASSOCIATION, WYOMING HOSPITAL ASSOCIATION. (mg) (Entered: 03/27/2025) |
| 03/31/2025 | 41 | Memorandum in opposition to re 35 Motion for Summary Judgment, filed by ELI LILLY AND COMPANY, LILLY USA, LLC. (Attachments: # 1 Text of Proposed Order)(Stetson, Catherine) (Entered: 03/31/2025) |
| 03/31/2025 | 42 | REPLY to opposition to motion re 15 Motion for Summary Judgment filed by ELI LILLY AND COMPANY, LILLY USA, LLC. (Stetson, Catherine) (Entered: 03/31/2025) |
| 04/01/2025 | 43 | Memorandum in opposition to re 36 Motion for Summary Judgment, filed by ELI |

| | | |
|---|---|---|
| | | LILLY AND COMPANY, LILLY USA, LLC. (Attachments: # 1 Text of Proposed Order)(Stetson, Catherine) (Entered: 04/01/2025) |
| 04/01/2025 | 44 | REPLY to opposition to motion re 15 Motion for Summary Judgment filed by ELI LILLY AND COMPANY, LILLY USA, LLC. (Stetson, Catherine) (Entered: 04/01/2025) |
| 04/08/2025 | 45 | REPLY re 36 Cross Motion for Summary Judgment filed by 340B HEALTH, GENESIS HEALTHCARE SYSTEM, UMASS MEMORIAL MEDICAL CENTER. (Schultz, William) Modified to add link on 4/9/2025 (zdp). (Entered: 04/08/2025) |
| 04/08/2025 | 46 | MOTION for Extension of Time to *File a Reply* by CAROLE JOHNSON, XAVIER BECERRA. (Attachments: # 1 Text of Proposed Order)(Bardo, John) (Entered: 04/08/2025) |
| 04/09/2025 | | MINUTE ORDER granting the 46 Consent Motion for Extension of Time. The defendants shall file their reply on or before April 18, 2025. So Ordered by Judge Dabney L. Friedrich on April 9, 2025. (lcdlf1) (Entered: 04/09/2025) |
| 04/18/2025 | 47 | REPLY to opposition to motion re 35 Motion for Summary Judgment, filed by CAROLE JOHNSON, HEALTH RESOURCES AND SERVICES ADMINISTRATION, XAVIER BECERRA. (Bardo, John) (Entered: 04/18/2025) |
| 04/28/2025 | | MINUTE ORDER: The court will provide access for the public to telephonically attend the hearing scheduled for April 29, 2025, at 10:00 AM. The hearing can be accessed by dialing the Toll–Free Number: 833–990–9400 (Meeting ID: 117076001). It is hereby ORDERED that the attendees using the public access telephone line shall adhere to the following: persons remotely accessing court proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting any court proceedings (including those held by telephone or videoconference). Violation of these prohibitions may result in sanctions, including removal of court–issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the presiding Judge. So Ordered by Judge Dabney L. Friedrich on 4/28/2025. (smc) (Entered: 04/28/2025) |
| 04/29/2025 | | Minute Entry for Motion Hearing held on 4/29/2025 before Judge Dabney L. Friedrich: re 15 MOTION for Summary Judgment, 35 Cross MOTION for Summary Judgment and 36 MOTION for Summary Judgment. Oral arguments heard and TAKEN UNDER ADVISEMENT. Court Reporter: Sara Wick. (smc) (Entered: 04/29/2025) |
| 05/02/2025 | 48 | NOTICE by CAROLE JOHNSON, HEALTH RESOURCES AND SERVICES ADMINISTRATION, XAVIER BECERRA (Bardo, John) (Entered: 05/02/2025) |
| 05/02/2025 | 49 | SEALED MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL filed by ELI LILLY AND COMPANY, LILLY USA, LLC (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Appendix Table of Contents, # 2 Appendix Volume I, # 3 Appendix Volume II, # 4 Appendix Volume III, # 5 Appendix Volume IV, # 6 Certificate of Service, # 7 Text of Proposed Order)(Stetson, Catherine) (Entered: 05/02/2025) |
| 05/02/2025 | 50 | JOINT APPENDIX *(Redacted)* by ELI LILLY AND COMPANY, LILLY USA, LLC. (Attachments: # 1 Appendix Volume I, # 2 Appendix Volume II (Redacted), # 3 Appendix Volume III (Redacted), # 4 Appendix Volume IV (Redacted))(Stetson, Catherine) (Entered: 05/02/2025) |

| 05/05/2025 | | MINUTE ORDER: Upon consideration of the <u>49</u> Sealed Motion for Leave to File Under Seal, the intervenor–defendants are ordered to file a response, if any, on or before May 8, 2025. In any response, the intervenor–defendants shall highlight to the Court any specific portions of the administrative record, with page numbers, that they oppose filing under seal. So Ordered by Judge Dabney L. Friedrich on May 5, 2025. (smc) (Entered: 05/05/2025) |
|---|---|---|
| 05/05/2025 | <u>51</u> | RESPONSE re <u>48</u> Notice (Other) filed by ELI LILLY AND COMPANY, LILLY USA, LLC. (Stetson, Catherine) (Entered: 05/05/2025) |
| 05/08/2025 | <u>52</u> | SEALED MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL filed by 340B HEALTH, GENESIS HEALTHCARE SYSTEM, UMASS MEMORIAL MEDICAL CENTER (This document is SEALED and only available to authorized persons.)(Schultz, William) (Entered: 05/08/2025) |
| 05/14/2025 | <u>53</u> | NOTICE *to the Court* by ELI LILLY AND COMPANY, LILLY USA, LLC (Attachments: # <u>1</u> Exhibit 1)(Stetson, Catherine) (Entered: 05/14/2025) |
| 05/15/2025 | <u>54</u> | MEMORANDUM OPINION regarding the plaintiffs' <u>15</u> Motion for Summary Judgment; the government's <u>35</u> Cross Motion for Summary Judgment; and the intervenors' <u>36</u> Cross Motion for Summary Judgment. See text for details. Signed by Judge Dabney L. Friedrich on May 15, 2025. (lcdlf1) (Entered: 05/15/2025) |
| 05/15/2025 | <u>55</u> | ORDER denying the plaintiffs' <u>15</u> Motion for Summary Judgment; granting the government's <u>35</u> Cross Motion for Summary Judgment; and granting in part and denying in part the intervenors' <u>36</u> Cross Motion for Summary Judgment. See text for details. Signed by Judge Dabney L. Friedrich on May 15, 2025. (lcdlf1) (Entered: 05/15/2025) |
| 05/15/2025 | <u>56</u> | REPLY to opposition to motion re <u>49</u> Sealed Motion for Leave to File Document Under Seal, filed by ELI LILLY AND COMPANY, LILLY USA, LLC. (Attachments: # <u>1</u> Text of Proposed Order)(Stetson, Catherine) (Entered: 05/15/2025) |
| 05/21/2025 | | MINUTE ORDER. Upon consideration of the <u>49</u> <u>52</u> Sealed Motions, it is ORDERED that the <u>49</u> <u>52</u> Motions shall be unsealed and filed on the public docket. The [49–2] [49–3] [49–4] attachments to the plaintiffs' and government's motion shall remained sealed pending further order of the Court.<br><br>Further, it is ordered that the <u>49</u> Motion to File Documents Under Seal is DENIED without prejudice. When a court is presented with a motion to seal, it must weigh the six factors set forth in *United States v. Hubbard*, 650 F.2d 293, 316 (D.C. Cir. 1980). The parties seeking to file documents under seal must point to the "specific privacy interests in the documents at issue" that justify restricting disclosure. *Vanda Pharms., Inc. v. FDA*, 539 F. Supp. 3d 44, 57 (D.D.C. 2021). Here, the government and the plaintiffs provide only a generalized justification for sealing the entirety of the administrative record, which includes documents that have already been publicly disclosed or published online, *see* AR 364, 537, 575; documents filed on the public docket, see AR 295; or documents produced by, for example, the intervenors themselves and already widely distributed, *see* AR 632. Accordingly, the Court finds that the <u>49</u> Motion is overbroad, and is denied.<br><br>The Court is cognizant, however, that some portions of the administrative record contain confidential business information and other commercially sensitive material information, *see* Stipulated Protective Order, Dkt. 20, and non–party materials, AR |

49–251. Accordingly, it will also deny the intervenors' 52 request to file the entire administrative record on the public docket.

For the reasons stated, the parties, including the intervenors, are ORDERED to meet and confer regarding the appropriate redactions to the administrative record. On or before June 4, 2025, the parties shall file a joint status report that states whether they have reached an agreement over some or all of the proposed redactions. In addition, on or before June 4, 2025, the plaintiffs shall file (1) a renewed motion to file portions of the Joint Appendix under seal; and (2) a revised proposed redacted Joint Appendix. The plaintiffs need not provide line–by–line redactions, but they shall provide specific reasoning for **each separate document** that they propose filing under seal. The Court will not permit the sealing of documents that are already widely publicly accessible or otherwise not subject to sealing under the *Hubbard* factors. So Ordered by Judge Dabney L. Friedrich on May 21, 2025. (lcdlf1) (Entered: 05/21/2025)

| 06/04/2025 | 57 | NOTICE of Appearance by Jacob Tyler Young on behalf of ELI LILLY AND COMPANY, LILLY USA, LLC (Young, Jacob) (Entered: 06/04/2025) |
| 06/04/2025 | 58 | Joint STATUS REPORT by ELI LILLY AND COMPANY, LILLY USA, LLC. (Young, Jacob) (Entered: 06/04/2025) |
| 06/04/2025 | 59 | SEALED MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL filed by ELI LILLY AND COMPANY, LILLY USA, LLC (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Appendix Table of Contents, # 2 Appendix Sealed Volume V, # 3 Certificate of Service, # 4 Text of Proposed Order)(Young, Jacob) (Entered: 06/04/2025) |
| 06/04/2025 | 60 | JOINT APPENDIX *(Redacted)* by ELI LILLY AND COMPANY, LILLY USA, LLC. (Attachments: # 1 Appendix Volume I, # 2 Appendix Volume II, # 3 Appendix Volume III, # 4 Appendix Volume IV, # 5 Appendix Volume V)(Young, Jacob) (Entered: 06/05/2025) |
| 06/05/2025 | | MINUTE ORDER. Upon consideration of the Hubbard factors, *United States v. Hubbard*, 650 F.2d 293, 316 (D.C. Cir. 1980), the 59 Sealed Motion to File Document Under Seal is GRANTED. The parties seek to file under seal three categories of information in the administrative record: (1) granular technical details regarding Lilly's cash rebate model, including process controls and the continuity plan in the event of technical difficulties; (2) the personal contact information of Novartis and Sanofi's employees and outside counsel; and (3) documents belonging to non–party Johnson & Johnson. *See* Mot. at 2, 4, 5. As to the first category, the Court finds that under the fourth Hubbard factor, the public has no need to access Lilly's confidential and sensitive business information, which the plaintiffs assert could be used to exploit Lilly's systems. *See United States v. All Assets Held at Bank Julius Baer & Co.*, 520 F. Supp. 3d 71, 83 (D.D.C. 2020). As to the second category, the Court finds that the public has no need to access the personal contact information of the plaintiffs' employees and counsel. *See Thomas v. Moreland*, No. 18–cv–800 (TJK), 2024 WL 2846744, at *2 (D.D.C. June 4, 2024). Finally, as to the third category, the Court recognizes that non–party Johnson & Johnson currently has a related case implicating its documents pending before Judge Contreras, *see* No. 24–cv–3188 (RC) (D.D.C.). Thus, it will allow the Johnson & Johnson documents to remain provisionally under seal pending Judge Contreras's ruling on any motion to seal in that related case. Accordingly, the Clerk of Court is directed to unseal the 59 Sealed Motion and to file the attached exhibits under seal. So Ordered by Judge Dabney L. Friedrich on June 5, |

| | | 2025. (lcdlf1) (Entered: 06/05/2025) |
|---|---|---|
| 06/05/2025 | 61 | SEALED Appendix filed by ELI LILLY AND COMPANY, LILLY USA, LLC. re 59 Sealed Motion for Leave to File Document Under Seal,. (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Appendix)(zdp) (Entered: 06/06/2025) |
| 06/12/2025 | 62 | NOTICE OF APPEAL TO DC CIRCUIT COURT as to 55 Order,, Terminate Motions, by ELI LILLY AND COMPANY, LILLY USA, LLC. Filing fee $ 605, receipt number BDCDC−11753713. Fee Status: Fee Paid. Parties have been notified. (Young, Jacob) (Entered: 06/12/2025) |

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| ELI LILLY AND COMPANY, *et al.*,<br><br>        *Plaintiffs*,<br><br>   v.<br><br>ROBERT F. KENNEDY JR., in his official capacity as SECRETARY, UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*,<br><br>        *Defendants*. | Case No. 1:24-CV-3220 (DLF) |

**NOTICE OF APPEAL**

Notice is hereby given that Plaintiffs Eli Lilly and Company and Lilly USA, LLC appeal to the United States Court of Appeals for the D.C. Circuit from this Court's Order, ECF No. 55, entered in this action on May 15, 2025.

Respectfully submitted,

/s/ Jacob T. Young
John C. O'Quinn
Matthew S. Owen
Megan McGlynn
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue N.W.
Washington, D.C. 20004
(202) 389-5000
john.oquinn@kirkland.com
matt.owen@kirkland.com
megan.mcglynn@kirkland.com

Jacob T. Young (D.C. Bar No. 90014334)
HOGAN LOVELLS US LLP
555 Thirteenth Street, N.W.
Washington, D.C. 20004
(202) 637-5600
jake.young@hoganlovells.com

*Attorneys for Plaintiffs Eli Lilly and Company
and Lilly USA, LLC*

Dated: June 12, 2025

2

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ELI LILLY AND COMPANY, *et al.*, | |
|         *Plaintiffs,* | |
|     v. | No. 24-cv-03220 (DLF) |
| ROBERT F. KENNEDY JR., *et al.*, | |
|         *Defendants,* | |
|    and | |
| 340B HEALTH, *et al.*, | |
|         *Intervenor-Defendants.* | |
| BRISTOL MYERS SQUIBB COMPANY, | |
|         *Plaintiff,* | |
|     v. | No. 24-cv-03337 (DLF) |
| ROBERT F. KENNEDY JR., *et al.*, | |
|         *Defendants,* | |
|    and | |
| 340B HEALTH, *et al.*, | |
|         *Intervenor-Defendants.* | |
| SANOFI-AVENTIS U.S. LLC, | |
|         *Plaintiff,* | |
|     v. | No. 24-cv-03496 (DLF) |
| ROBERT F. KENNEDY JR., *et al.*, | |
|         *Defendants,* | |
|    and | |
| 340B HEALTH, *et al.*, | |
|         *Intervenor-Defendants.* | |
| NOVARTIS PHARMACEUTICALS CORPORATION, | |
|         *Plaintiff,* | |
|     v. | No. 25-cv-00117 (DLF) |
| ROBERT F. KENNEDY JR., *et al.*, | |
|         *Defendants.* | |
|    and | |
| 340B HEALTH, *et al.*, | |
|         *Intervenor-Defendants.* | |

<table>
<tr><td>
KALDEROS, INC.,<br>
          *Plaintiff,*<br>
    v.<br>
UNITED STATES OF AMERICA, *et al.*,<br>
         *Defendants.*
</td><td>No. 21-cv-02608 (DLF)</td></tr>
</table>

## **ORDER**

For the reasons stated in the accompanying memorandum opinion, it is

**ORDERED** that Lilly's Motion for Summary Judgment, Dkt. 15, is denied; the government's Cross Motion for Summary Judgment, Dkt. 35, is granted; and the intervenors' Cross Motion for Summary Judgment, Dkt. 36, is granted in part and denied in part. To the extent that intervenors seek a declaration that rebates are categorically prohibited under the 340B statute, that portion of their motion is denied. It is further

**ORDERED** that BMS's Motion for Summary Judgment, Dkt. 17, is denied; the government's Cross Motion for Summary Judgment, Dkt. 38, is granted; and the intervenors' Cross Motion for Summary Judgment, Dkt. 39, is granted in part and denied in part. It is further

**ORDERED** that Sanofi's Motion for Summary Judgment, Dkt. 27, is granted in part and denied in part; the government's Cross Motion for Summary Judgment, Dkt. 41, is granted in part and denied in part; and the intervenor' Cross Motion for Summary Judgment, Dkt. 35, is granted in part and denied in part. It is further

**ORDERED** that the portions of the agency's December 13 violation letter rejecting Sanofi's credit rebate and patient eligibility condition are vacated and remanded to the agency for further consideration. It is further

**ORDERED** that Novartis's Motion for Summary Judgment, Dkt. 12, is denied; the government's Cross Motion for Summary Judgment, Dkt. 31, is granted; and the intervenors' Cross Motion for Summary Judgment, Dkt. 32, is granted in part and denied in part.  It is further

**ORDERED** that Kalderos's Motion for Summary Judgment, Dkt. 41, is denied; and the government's Cross Motion for Summary Judgment, Dkt. 50, is granted.

This is a final appealable order.

**SO ORDERED**.


DABNEY L. FRIEDRICH
United States District Judge

May 15, 2025

3